UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUGENE CASOLE, )
)
Plaintiff, )
)
v. ) Case Number: 1:05CV01459 (CKK)
)
MIKE JOHANNNS, )
SECRETARY, )
UNITED STATES DEPARTMENT )
OF AGRICULTURE )

## AFFIDAVIT OF SERVICE

The undersigned, Steven J. Silverberg, Attorney for Plaintiff in this matter, hereby swears upon oath that service was made in this action pursuant to F.R.Civ.P. 4(i)(l)(C), by posting on the tenth day of November, 2005, in the United States Postal Service, a Notice of Right to Consent to Trial before a United States Magistrate Judge, Complaint for Employment Discrimination and Initial Electronic Case Filing Order, by Certified Mail, postage prepaid, on the following:

> Mike Johanns, Secretary
> United States Department of Agriculture
> 1400 Independence Avenue, S.W.
> Washington, D.C. 20250
> (Certified Mail Receipt: 7005 1160 0002 6702 0225).

A copy of the signed return receipt indicating receipt on November 15, 2005 signed for by Kwame Hake, is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

*(signature)*
Steven J. Silverberg
1819 L Street, N.W.
Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
sjsilverberg@erols.com

DISTRICT OF COLUMBIA, ss:

Subscribed and sworn to before me on this _13_ day of December, 2005.

*(signature)*
Notary Public

My commission expires:

Shirley F. Epps
Notary Public, District of Columbia
My Commission ~~ ~~-2009

-2-

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Kwame hake    C. Date of Delivery: 11/15/05 |
| 1. Article Addressed to:<br>Mike Johanns, Secretary<br>U.S. Department of Agriculture<br>1400 Independence Ave., S.W.<br>Washington, D.C.<br>20250 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from sen | 7005 1160 0002 6702 0225 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Steven J. Silverberg, Esq,
1819 L Street, NW
#700
Washington, DC, 20036