U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Eugene Casole

vs.

Mike Johanns, Secretary, United States Department of Agriculture

No. 1:05CV01459

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Complaint For Employment Discrimination and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:45 am on November 17, 2005, I served Kenneth Wainstein, United States Attorney for the District of Columbia at 501 3rd Street, NW, 4th Floor, Washington, DC 20001 by serving Lori Cox, Legal Assistant, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    30
 HEIGHT-    5'0"
   HAIR-    BLACK
 WEIGHT-    110
  COLOR-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 11-18-05
           Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 162035

# UNITED STATES DISTRICT COURT

District of ___District of Columbia___

Eugene Casole
2483 Friends Road
Annapolis, Maryland 21401

V.

Mike Johanns, Secretary
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, D.C. 20250

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV01459

(Kollar-Kotelly)

TO: (Name and address of Defendant)

Kenneth Wainstein, U.S. Attorney
501 3rd Street, N.W., 4th Floor
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Silverberg
1819 L Street, N.W.
#700
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                          NOV 15 2005

CLERK                                                DATE

_Laura Chipley_
By) DEPUTY CLERK