UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE CASOLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1459 (CKK) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary of the Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ENTRY OF APPEARANCE

Defendant respectfully request that the Clerk of the Court enter the appearance of Assistant United States Attorney John Henault as counsel for Defendant in the above-captioned case.

January 12, 2006                          Respectfully submitted,


                                          _____/s/_____
                                          JOHN HENAULT, D.C. Bar #472590
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 307-1249