UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE CASOLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, )<br>Secretary of the Department of Agriculture, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1459 (CKK) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT
AND MEMORANDUM IN SUPPRORT THEREOF**

Defendant Mike Johanns, in his official capacity as Secretary of the Department of Agriculture, respectfully requests that this Court extend the time for him to respond to the complaint in this case from January 17, 2006 to February 17, 2006. In support of this motion, defendant states the following:

Since the filing of the complaint in this case, counsel for defendant was advised by counsel for plaintiff that plaintiff intends to file an amended complaint. Plaintiff's counsel also advised that he will likely file such amended complaint within the next ten days. In light of the fact that plaintiff intends to file an amended complaint, the parties have agreed that it would be a waste of the resources of the parties and the Court to have defendant respond to a complaint that will be rendered moot within the next ten days. Accordingly, defendant request a thirty day extension to respond to the complaint.

Pursuant to Local Civil Rule 7(m), plaintiff consents to this motion.

January 13, 2006                    Respectfully submitted,


        /s/
KENNETH L. WAINSTEIN, DC BAR #451058
United States Attorney


        /s/
R. CRAIG LAWRENCE, DC BAR #171538
United States Attorney


        /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)