UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE CASOLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1459 (CKK) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary of the Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

This matter comes before the Court on Defendant's Motion for an Extension of Time to File a Response to the Complaint and Memorandum in Support Thereof. Upon consideration of the Motion and the entire record herein it is hereby this ____ day of _____, 2006,

ORDERED that Defendant's Motion is hereby GRANTED, and it is further,

ORDERED that Defendant shall file his Response to the Complaint on or before February 17, 2006

_____
Colleen Kollar-Kotelly
United States District Judge

cc: Counsel of Record via ECF