UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE CASOLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1459 (CKK) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary of the Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THE AMENDED COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Defendant Mike Johanns, in his official capacity as Secretary of the Department of Agriculture, respectfully requests that this Court extend the time for him to respond to the amended complaint in this case from February 27, 2006 to March 20, 2006. In support of this motion, defendant states the following:

1. On February 9, 2006, plaintiff filed an amended complaint in this action.

2. Defendant's response to the amended complaint is currently due on or before February 27, 2006.

3. Defendant currently anticipates filing a dispositive motion in response to the amended complaint.

4. Given the current caseload of counsel for defendant, including several days of deposition and several dispositive motions, defendant requires additional time to prepare and file a dispositive motion. Accordingly, defendant requests that the Court extend his time to file a response to the amended complaint by three-weeks, until March 20, 2006.

5. Pursuant to Local Civil Rule 7(m), plaintiff consents to this motion.

February 21, 2006                              Respectfully submitted,


                                                               _____/s/_____
                                                                KENNETH L. WAINSTEIN, DC BAR #451058
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE, DC BAR #171538
United States Attorney

_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)