## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE CASOLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, )<br>Secretary of the Department of Agriculture, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1459 (CKK) |

## **ORDER**

This matter comes before the Court on Defendant's Motion for an Extension of Time to File a Response to the Amended Complaint and Memorandum in Support Thereof.  Upon consideration of the Motion and the entire record herein it is hereby this _____ day of _____, 2006,

ORDERED that Defendant's Motion is hereby GRANTED, and it is further,

ORDERED that Defendant shall file his Response to the Amended Complaint on or before March 20, 2006

_____
Colleen Kollar-Kotelly
United States District Judge

cc: Counsel of Record via ECF