UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE CASOLE,           ) | |
|                          ) | |
|       Plaintiff,         ) | |
|                          ) | |
| v.                       ) | Civil Action No. 05-1459 (CKK) |
|                          ) | |
| MIKE JOHANNS,            ) | |
| Secretary of the Department of Agriculture, ) | |
|                          ) | |
|       Defendant.         ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THE AMENDED COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Defendant Mike Johanns, in his official capacity as Secretary of the Department of Agriculture, respectfully requests that this Court extend the time for him to respond to the amended complaint in this case from March 20, 2006 to April 10, 2006. In support of this motion, defendant states the following:

1. On February 9, 2006, plaintiff filed an amended complaint in this action, to which defendant was scheduled to respond on February 27, 2006.

2. Because defendant is intending to file a pre-discovery dispositive motion, defendant sought and received an extension of time to respond to the amended complaint to March 20, 2006.

3. Although undersigned counsel had begun to draft the motion, counsel was recently reassigned another matter with an expedited briefing schedule. This reassignment was unexpected and necessary because the attorney previously assigned the matter suffered a death in the family and was required to be out of the office for an extended period.

4. Given the current caseload of counsel for defendant, including several days of

depositions and several dispositive motions due within the next two weeks, defendant requires additional time to prepare and file a dispositive motion. Accordingly, defendant requests that the Court extend his time to file a response to the amended complaint by three-weeks, until April 10, 2006.

    5.  Pursuant to Local Civil Rule 7(m), plaintiff consents to this motion.

March 16, 2006                                  Respectfully submitted,


                                                        _____/s/_____  
                                                         KENNETH L. WAINSTEIN, DC BAR #451058  
                                                         United States Attorney

                                                         _____/s/_____  
                                                         R. CRAIG LAWRENCE, DC BAR #171538  
                                                         United States Attorney

                                                         _____/s/_____  
                                                         JOHN F. HENAULT, D.C. Bar # 472590  
                                                         Assistant United States Attorney  
                                                         555 Fourth Street, N.W. - Civil Division  
                                                         Washington, D.C.  20530  
                                                         (202) 307-1249  
                                                         (202) 514-8780 (facsimile)