# WITNESS AFFIDAVIT

I, Vella Kay Holmes

am an employee of the (Agency): USDA, FSIS

(Office): Enforcement and Evaluation Division

(Division): Criminal Enforcement Branch/Enforcement

Located in: Washington, DC

In the capacity of: Compliance Specialist

My telephone number during working hours is: 202-418-8839 / 7 *vKH*

I HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations and Department of Agriculture policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against the Department of Agriculture. I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all of my firsthand knowledge having a bearing on the merits of the complaint. My statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations and Department of Agriculture policy. This means that any employee(s) whom I accuse of discrimination or other acts of impropriety may be shown relevant portions of my affidavit and be provided an opportunity to respond for the record. In addition, the complainant and the appropriate Departmental officials involved in the EEO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and may make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

Having been advised of the above information about my role as a witness in the investigative process, I solemnly swear_____ affirm __X__ the statement which follows is true and complete to the best of my knowledge and belief, and addresses the issues and concerns raised by the investigator.

Page 1 of 6 Pages                                                                 Initials: *VKH*

000301

EXHIBIT _12_
Page _1_ of _6_ Pages

# WITNESS AFFIDAVIT

Vella Kay Holmes (female, no prior EEO activity), Compliance Specialist, Criminal Enforcement Branch/Enforcement and Evaluation Division, United States Department of Agriculture (USDA), Food Safety and Inspection Service (FSIS), Washington, DC.

My first line supervisor is Luis Zamora, Office of Program Evaluation, Enforcement and Review/Evaluation and Enforcement Division in the Congressional Quarterly Bldg., Washington, DC. My second line supervisor is Scott Safian, Office of Program Evaluation, Enforcement and Review/Evaluation and Enforcement Division in the Congressional Quarterly Bldg., Washington, DC

I have been with USDA 18 years and 9 months and in my current position for two years and 2 months. In terms of my working relationship with Mr. Casole, he is a co-worker.

In response to the EEO Investigator's question, I was aware that Mr. Casole had filed prior EEO complaints. I cannot say when I became aware Mr. Casole had filed prior EEO complaints. I heard from different people that Mr. Casole had filed prior EEO complaints and I cannot say who they were because I did not consider it any of my concern.

I was aware that a misconduct investigation was initiated on Mr. Casole but I cannot remember how I became aware that an investigation was to be conducted. As far as I know, the investigation was initiated because of the incident where Mr. Casole called me a "vamp" and the incident was referred to personnel. As for who conducted the investigation, a person named Luz Canters an Employee Relations Specialist with the Employee Relations Branch in the Labor & Employee Relations Division interviewed me on February 26, 2004, so it would seem LERD conducted the investigation.

I did not complain to Messrs. Safian, Hicks, or Van Blargan about comments Mr. Casole made to me during a conversation in my office in which he called me a "vamp".

As for the circumstances surrounding the whole issue of Mr. Casole referring to me as a "vamp" and what initiated him making the comment: I was in my office (which I share with Gary Hazel) and Mr. Casole came in and sat in a chair in front of Gary's desk. I was working and not paying full attention to their conversation but it involved a position that was open in CID. I heard Mr. Casole say to me something like 'what do they call a

Page 2 of 6 Pages                                                                 Initials: _VKH_

person like you in your neck of the woods'. I said "what do you mean" and he said something like 'don't they call that a vamp, isn't that what you are, an opportunist. I then told Mr. Casole that he should be quite and Gary told him he should leave the office and he left.

When Mr. Casole left, Gary and I looked at each other and asked something like 'what was that and where did it come from'. Mr. Casole came back into the office with an open dictionary and said 'now listen to this, VAMP an unscrupulous woman who uses her feminine wiles to advance her position'. He then looked at me and said 'now that's you, right'. I then told Mr. Casole to be quite and leave and he did.

To the best of my memory the other individual present at the time of the incident when Mr. Casole called me a "vamp" was Gary Hazel, Compliance Specialist / Criminal Enforcement Branch / Evaluation and Enforcement Division / 202.418.8867 when Mr. Casole first made the reference.

In response to the EEO Investigator's question, I really do not recall to whom or when I may have said that I was offended by Mr. Casole's comment.

Mr. Casole did apologize to me on January 28, 2004, for making the comment; he came to my office with Frank Busch, Senior Specialist / Evaluation and Enforcement Division, or Frank was already there I do not remember. He said something to the effect that he was sorry and that "he did not mean to upset me". I told Mr. Casole I did not understand why he said what he did but that I accepted his apology and that I did not want to discuss it any more.

In response to the EEO Investigator's question, Did Mr. Casole "kiss" you on the check and say something to the effect "I hurt you," and whether this offended you, yes I was offended when Mr. Casole did "kiss" me on the cheek after he apologized on January 28, 2004, and then he left my office. As I said previously Frank Busch Senior Specialist / Evaluation and Enforcement Division, was already in my office or had came in with Mr. Casole. I do not remember. When Mr. Casole left my office I asked Frank what that was all about and Frank said he didn't know but that Mr. Casole was Italian and that's how they are.

Again, I was offended by the "kiss" and however, I did not tell Mr. Casole I was offended because I did not want to talk to him.

Page 3 of 6 Pages                                    Initials: _VKH_

Mr. Hazel and Mr. Busch did call me at home on after the incident in which Mr. Casole called me a "vamp" and asked if I was going to file a complaint against Mr. Casole; and, I said that I did not want to file anything.

No one influenced or encouraged me to file a complaint against Mr. Casole, e.g., Safian, Hicks, Van Blargan, Busch, Hicks, Hazel, Brogdon, etc. However, I did discuss the matter with Mr. Safian on January 29, 2004, and the only other person I discussed the matter with was Luz Cantres on January 26, 2004.

On February 2, 2004, I gave Mr. Safian a document that I had written on an incident that happened on January 29, 2004, in the afternoon after I had talked with Mr. Safian the morning on January 29, 2004. The information below is that statement and there is a mistake on the date:

On January 22, 2004, at approximately 4:00 pm Eugene Casole came into my office as Gary was leaving and said to me, I am hearing this could be considered sexual harassment, do you consider this sexual harassment? I responded with Eugene you apologized this morning and I accepted your apologies, so for me that is the end of this and I do not want to talk about it anymore. Eugene then stated the reason he said what he did is because of rumors he had heard about me and he thinks I am an unethical, unscrupulous woman because of the rumors.

Eugene then proceeded to tell me the rumors he had heard. He said he had heard I did not write my application for the job here and I told him that was not true I had written my own application. He said that I take full credit for the LaGrou case and he knows I did not write all the documents for the case. I responded with no I did not write all the documents in the case file, it was a team effort and I have never claimed to have written all the documents. It was my case, I found the violation and I was the case agent, but the way things worked in Chicago was David Green assigned a team and I was the team leader. I have never taken all the credit for the LaGrou case. The last thing Eugene said was that he had heard that since I had been here on one of the cases I have assigned to me that after discussing it with another specialist I had taken their view of the case and presented it as my own. I said that I did not know what he was talking about but that was not true, I have a very good work ethic, and that I have the capability of doing a good job here.

Eugene left the office when Gary came back. Gary he asked me if I was ok and had Eugene said anything to me. I could not talk about it as I was to upset; I told Gary that I was leaving early. I told Gary the next morning what Eugene had said to me.

Page 4 of 6 Pages                                   Initials: _VKH_

EXHIBIT 12
Page 4 of 6 Pages

000304

In response to the question regarding whether Mr. Safian conducted an inquiry into the matter, to the best of my knowledge, Mr. Safian did conduct an inquiry into the matter but I do not know whom he talked to or what anyone may have said to him or given to him.

However, in terms of the LERD investigation, Ms. Cantres interviewed me and she prepared a statement from that interview of which I will provide you a copy if it is needed. Briefly, I stated what happened to the best of my knowledge and recollection.

I feel that Mr. Casole's comment referring to me as a "vamp" was inappropriate and it probably was sexual harassment on some level. He was inferring that the only reason I have my position is because I am a woman and that I did not have the ability to do the work required for the position.

Additionally, I feel that Mr. Casole's "kiss" on my cheek was inappropriate and it was sexual harassment. He had no right to touch me in any form or fashion other than what would be appropriate in a professional office i.e. a handshake.

In response to Mr. Casole's allegation (as relayed by the EEO Investigator) that Mr. Safian influenced me to file a complaint, Mr. Safian did not influence me to do anything, and to the best of my knowledge, the only thing Mr. Safian did was to talk to others that were present and refer the matter to personnel. I did not file a formal complaint against Mr. Casole. I did give Mr. Safian my written statement of what happened on January 29, 2004.

Page 5 of 6 Pages                                    Initials: VKH

I have reviewed this statement, which consists of __6__ pages, and hereby solemnly swear____ affirm _X_ that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_Vella K Holmes_                   _6/24/05_
(Signature of Affiant)              (Date)

Signed before me at (City and State) _Lombard, Illinois_
on this _24_ day of _June_, _2005_

_Mary C Lewis_
(Signature of Investigator/Witness)

Page 6 of 6 Pages

EXHIBIT __16__
Page _6_ of _6_ Pages

TOTAL P.06

000306