

*Hand-delivered*

July 30, 2004

Ms. Kristie Kelm, Chief
Employee Relations Branch
USDA, FSIS, Employee Relations Branch
1400 Independence Avenue, S.W., Room 3175-S
Washington, D.C. 20250

Ms. Kelm:

Per our conference call on July 28, 2004, with you, Messrs. Scott Safian, Director, Evaluation and Enforcement Division (EED) and Wayne Bossler, Program Manager, EED, and I, regarding your office's July 7, 2004, proposal to suspend letter, I will have to decline for the following reasons:

1. As previously stated, the fact that your office has completed its investigation, assessed the investigative findings, and referred to USDA Guide for Disciplinary Penalties and determined the appropriate disciplinary action based on the evidence collected, tells me that your office has determined guilt. Page three of your proposal letter specifically states this: "The evidence and material upon which this proposal is based are enclosed (referring to the case file)." The notion that your office would afford me a fair and impartial oral conference or consider any additional written submittal refuting your evidence at this time is neither realistic nor attainable.

2. Further and more importantly is the fact that I have named your office in my November 25, 2003, EEO Complaint. The complaint reads, in part, "...I believe and allege that this personnel action against me was clearly an additional act of reprisal which was coordinated and done knowingly, intentionally, willfully, with malice and forethought, and perpetrated by Messrs. Scott C. Safian, Richard T. Van Blargan, and Ronald F. Hicks, in collusion with FSIS Personnel officials, in direct response to my February 24, 2003, EEO complaint." Moreover, in my Complainant's Rebuttal Affidavit, I stated, in part: "...I have taken an administrative action against FSIS. It's inconceivable that an office or program, like Personnel, wouldn't assist in any manner, shape or form another office or program within the same Agency if the latter office or program was in litigation with an EEO Complainant or other party. The notion that Personnel wouldn't

EXHIBIT 7
Page 46 of 78

000260

assist OPEER in whatever way possible, regarding my issue, is absolutely ridiculous."

As you can see, I have serious and valid issues.

Thank you,

*[signature]*
Eugene Casole

cc: S.J. Silverberg, Esquire

EXHIBIT 1
Page 61 of 78 Pages