

| United States Department of Agriculture | Food Safety and Inspection Service | Washington, D.C. 20250 |
|---|---|---|

FEB - 9 2004

FOR OFFICIAL USE ONLY

Mr. Eugene Casole
Compliance Specialist
Congressional Quarterly Building
1255 22nd Street, NW
Washington, DC  20037

Dear Mr. Casole:

This letter directs your detail assignment from your present duty station Washington, DC, to Omaha, Nebraska. You will retain your current position title, grade and step during this detail. Since this detail is not within commuting distance of your current Maryland residence, you will receive payment of appropriate authorized transportation and per-diem expenses associated with this detailed assignment. This detail is effective February 17, 2004 and extends through March 12, 2004. You will report to Mr. Donald Smart, Director, Program Review Staff, or his designee, for the duration of this detail assignment.

To ensure that this Agency's public health regulatory mission is effectively and efficiently carried out, it is vitally important that the Office of Program Evaluation, Enforcement and Review (OPEER) personnel perform their duties professionally at all times and maintain an impartial and professional relationship with other OPEER and Agency employees. Of equal importance is that OPEER personnel contribute to and maintain a harmonious work environment conducive to the efficient and effective conduct of the government's business. Failure to maintain such a relationship and environment has serious repercussions, including an adverse effect upon Agency employees, public confidence in the integrity of our employees and our Agency's programs.

At your present duty station, you reportedly engaged in improper conduct by making unsolicited, inappropriate, and unsubstantiated remarks to another OPEER employee while on duty. Therefore, I have requested the Labor and Employees Relations Division (LERD) to conduct a full independent investigation into these allegations and any other reported misconduct activities at the Congressional Quarterly building. The LERD investigation is scheduled to begin on February 23, 2004.

Accordingly, pending the results of the LERD investigation, it is in the best interests of the Agency to direct your detail assignment as specified. An AD-202 Travel Authorization covering

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY

the period of the detail assignment is enclosed. Failure to report for duty in Omaha may result in appropriate disciplinary action or, if warranted, action being initiated to remove you from the service.

Sincerely,

Richard T. Van Blargan
Deputy Assistant Administrator
Office of Program Evaluation, Enforcement and Review

Enclosure: AD-202 Travel Authorization

# TRAVEL AUTHORIZATION/ADVANCE
See Privacy Act Notice on Reverse

Note: Traveler is liable for the value of the tickets issued until all tickets or coupons are properly accounted for on the Travel Voucher.

**1. ACTION CODE (Indicate one type only)**
- E – Establish    C – Cancel
- A – Amend    V – Advance Only (Complete Sections A, E, and F Only)

**2. AUTHORIZATION DATE**: MONTH 02 DAY 09 YEAR 04

## SECTION A - IDENTIFICATION

| 3. TRAVEL AUTHORIZATION NO. | 4. SOCIAL SECURITY NO. | 5. NAME (LAST) | (FIRST) | (Middle Initial) | 6. AGENCY CODE |
|---|---|---|---|---|---|
| 4CS3731100296 | 159 48 4837 | CASOLE | EUGENE | | 37 |

| 7. AGENCY DON | 9. ESTIMATED DATES OF TRAVEL EXPENSES | | 10. TYPE TRAVEL | 11. GOVERNMENT CREDIT CARD HOLDER |
|---|---|---|---|---|
| AG37351000 | FROM: Month 02 Day 17 Year 04 | THRU: Month 03 Day 12 Year 04 | DM | Y  Y = Yes  N = No |
| 8. TRAVELER DON | | | | |

DM = Domestic   GR = Escorted Group
FG = Foreign   OC = Outside Cont. U.S.
FT = Foreign Transfer   TS = Transfer of Station
RT = Return Travel   OT = Outside CONUS ToS

| 12. TRAINING DOCUMENT NO. | 13. OFFICIAL DUTY STATION CITY AND STATE | 14. RESIDENT CITY AND STATE (If other than official station) |
|---|---|---|
| | WASHINGTON, DC | ANNAPOLIS, MARYLAND |

## SECTION B - EMPLOYMENT STATUS

| ✓ 15. PAYROLLED BY NFC | 16. NOT PAYROLLED BY NFC | 17. NEW HIRE | 18. SPECIAL APPOINTEE | 19. NONGOVERNMENT |

## SECTION C - ITINERARY AND ESTIMATED EXPENDITURES

| 20. FROM | | | | 21. TO | | Subsistence Codes | 23. AUTHORIZED EXPENDITURES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY | ST | ENTRY CD | CITY CD | CITY, COUNTY or REGION | ST | | CODE | LODGING | M and IE | RATE | NO. DAYS | ESTIMATED AMOUNT |
| WASHINGTON | DC | | | OMAHA | NE | | P | $63.00 | $43.00 | $106.00 | 25 | $2,650.00 |

P = Per Diem
A = Actual Subsistence
S = Special Rate

**22. PURPOSE OF TRAVEL (Give explanation)**: DETAIL

| | |
|---|---|
| TOTAL SUBSISTENCE | $2,650.00 |
| ✓ POV: Rate .375 | |
| Rate | |
| Rate | |
| Rate | |
| ✓ Other (Specify) PHONE/TAXI | $250.00 |
| Unaccompanied Baggage | |
| Car Rental | |
| ✓ Common Carrier Tickets | |
| Transportation Mode / Method of Purchase | $600.00 |
| Use of Non-contract Airline / Insert Code | |
| Excess Fare | |
| Excess Baggage | |
| GSA Auto | |
| 24. TOTAL EST. EXPENDITURES AUTHORIZED | $3,500.00 |

## SECTION D - ACCOUNTING CLASSIFICATION

25. Distribute Total Estimated Expenditures from Section C to the applicable Purpose of Travel Code and Accounting Classification line.

PURPOSE OF TRAVEL CODES:
1 – Site visit   6 – Relocation   11 – Pre-employment
2 – Information meeting   7 – Entitlement/Home leave   12 – First post of duty
3 – Training attendance   8 – Special mission travel   13 – Rest & Recuperation
4 – Speech or presentation   9 – Emergency travel   14 – Educational
5 – Conference attendance   10 – Other travel   15 – Informal training

| POSE CODE | ACCOUNTING CLASSIFICATION | PERCENTAGE |
|---|---|---|
| 10 | 3110014 | 100 % |

THESE PERCENTAGES MUST EQUAL 100 %

## SECTION E - TRAVEL ADVANCE

**26. ADVANCE REQUEST METHOD** (Select one method only)
- C = Check or DD/EFT
- T = Travelers Checks
- I = Imprest Fund
- E = Emergency (Wire)
- W = Wire Confirmation
- S = Embassy Issued Advance
- L = Embassy Collect. Advance

**32. ADVANCE MAILING ADDRESS OPTIONS**

| SALARY ADDRESS | T&A CONTACT POINT | SPECIAL ADDRESS | (Required for new hires, special appointees, and nonGovernment travelers) | FOREIGN ADDRESS | TRAVEL EFT ACCOUNT |
|---|---|---|---|---|---|
| 1. (35) | | | | | |
| 2. (35) | | | | | |
| 3. City (20) | | | State (2) | Zip Code (9) | |

| 27. AMOUNT OF ADVANCE APPLIED FOR | 33. IMPREST FUND CASHIER |
|---|---|
| | SOCIAL SECURITY NO. / SIGNATURE |
| 28. BALANCE FROM PREVIOUS ADVANCE | 34. ADVANCE RECEIVED (Cash or Travelers Checks) |
| 29. TOTAL ADVANCE AMOUNT | DATE RECEIVED: Month Day Year / APPLICANT'S SIGNATURE |

| 30. APPLICANT'S SIGNATURE | 31. DATE APPLIED FOR Month Day Year | SEE PRIVACY ACT STATEMENT ON REVERSE |

## SECTION F - AGENCY APPROVAL

| 35. APPROVING OFFICER'S NAME & TITLE | AGENCY CODE | 36. SOCIAL SECURITY NO. | 37. DATE APPROVED | 38. PHONE |
|---|---|---|---|---|
| Richard T. Van Blargan, Dep., Asst. Adm., OPEER | 37 | | 02 09 04 | (202) 720-8609 |

| 39. APPROVING OFFICER'S SIGNATURE | 40. CONTACT PERSON'S NAME | 41. PHONE |
|---|---|---|
| [signature] | WANDA SULLIVAN | (202) 720-8609 |

REMARKS

On completion and approval, submit original to:
USDA - National Finance Center, P.O. Box 60,000, New Orleans, LA 70160

PART 1 - NFC

Designed on Formflow Software.
FORM AD-202 (USDA) (Rev 11/96)
Exception to SF 1038 approved by GSA 11/20/96