FAQs | Privacy Policy | Help  |  EMPLOYER SERVICES   
HOME | SEARCH JOBS | MY USAJOBS | FORMS

# Food Safety And Inspection Service

**Department:** Department Of Agricult
**Agency:** Food Safety and Inspection
Vacancy Announcement Number: W-CID

**Vacancy Announcement**

← Back to Se

Related Job Link: Apply Online for W-CID-2

Food Safety and Inspection Service, USDA

**PLEASE READ ALL INFORMATION CAREFULLY**

POSITION: Compliance Officer (Deputy Director)

ANNOUNCEMENT NUMBER: W-CID-2004-0001
SERIES & GRADE: GS-1801-14
SALARY RANGE: 83334 - 108335
PROMOTION POTENTIAL: 14
OPENING DATE: 01/12/2004
CLOSING DATE: 01/23/2004

DUTY LOCATIONS: 1 vacancy Washington DC Metro Area, DC

Submit applications for this vacancy in the on-line FSJO system no later than midnight, U.S. Eastern time zone, on the closing date. If applying on line poses a hardship to any applicant, the contact listed on the announcement will provide assistance to help you apply, or provide alternative methods. Applicants may contact the servicing human resources office during their core business hours (8:00 am to 3:30 pm) prior to the closing date to speak to someone who can provide assistance for online application.

THIS IS A TEMPORARY PROMOTION - NTE 1 YEAR; MAY BE EXTENDED OR BECOME PERMANENT WITHOUT FURTHER COMPETITION

WHAT ARE THE MAJOR DUTIES OF THIS POSITION?

You will assist the Director, Compliance and investigation Division in providing leadership to the field compliance program to prevent, detect and document violations of the Meat and Poultry Inspection laws and regulations to maintain the wholesomeness and proper labeling of meat and poultry products.

You will assist the Director in coordinating the FSIS homeland security mission, including

000248

EXHIBIT 17

Page 1 of 5 Pages

prevention against, preparedness for, detection of, and responses to food security threats in the United States and its' Territories.

You will be responsible for providing technical and administrative direction and coordination in the execution of approved policies and programs carried out by the Division and subordinate field offices, the Agency, and other governmental and commercial organizations.

You will direct the application of procedures and instructions for detecting and reporting findings of noncompliance that indicate weaknesses in establishment processes.

You will direct the activities of subordinates stationed throughout the nation in conducting complex investigations, planning, scheduling, and conducting ongoing reviews of industry operations.

You will maintain surveillance over meat and poultry industry and/or other Agency regulated industry groups and product movements.

You will maintain close working relationships for liaison with Agency staffs, other government agencies, State, local, foreign officials, OIG, and the industry concerned with the labeling of meat and poultry.

WHO MAY APPLY FOR THIS POSITION?

All qualified employees of the Food Safety and Inspection Service nationwide. CTAP Eligibles employees may also apply.

JOIN A GREAT FSIS TEAM!!

The Food Safety and Inspection Service (FSIS) is a public health regulatory agency of the U.S. Department of Agriculture (USDA). Our mission is to protect consumers by ensuring that the commercial supply of meat, poultry, and egg products moving in interstate commerce or exported to other countries is safe, wholesome and correctly labeled and packaged. We offer opportunities for future merit-based promotion, career enhancement and professional development; flexible work schedules, and transit subsidies in some locations. For more information about the agency, visit FSIS.

HOW MUCH TRAVEL IS REQUIRED? Some travel is required, less than 20 percent of your time.

WHAT ARE THE QUALIFICATION REQUIREMENTS?      000249

EXHIBIT 17
Page 2 of 5 Pages

1-year of specialized work experience equivalent
to at least the next lower grade level in the
Federal Service.

Examples of creditable specialized experience
include: Experience/responsibility for applying
laws and regulations associated with a compliance or
inspection program for domestic or imported meat,
poultry or egg products; planning or directing the work
of others involved in conducting investigations or
reviews of industry operations; or developing policy
and procedures of a regulatory nature.

Applicants must meet the minimum qualification
requirements by the closing date of this announcement.
Federal employees applying under merit promotion
procedures need to meet time-in-grade requirements
within 30 days after closing date of this vacancy
announcement.

HOW DO I APPLY FOR THIS POSITION?

Start at the Foodsafetyjobs website. Click on the
"Log In" button, and a welcome screen will appear,
prompting you through the system and allowing you
to apply for jobs. Extensive information is available
at this location. To begin, click HERE.

Completed Applications Include:

1. Answers to all core questions (Completed when you
register at FSJO.)

2. Answers to all vacancy-specific questions (Completed
after you register at FSJO.)

3. Your on-line resume. Resumes can be copied and pasted
from other word processing documents at any time prior to
the closing date. For information on what to include, click HERE

Applying on line is an advantage because...Click here.


WHAT OTHER DOCUMENTS ARE NEEDED?
If applicable, the documents described below should be
sent via fax, within two (2) days after the closing date.
Each document should include your name and the vacancy
announcement number.

1. If you claim CTAP/ICTAP eligibility, please provide a
copy of your most recent performance appraisal (at least
"fully successful" or equivalent), and proof of eligibility,
i.e., a RIF separation notice or Certification of Expected

EXHIBIT 17
Page 3 of 5 Pages

000250

Separation, and a SF-50 noting current position, grade level, and duty location. For more information, click HERE.

2. If you claim eligibility for consideration via a variety of non-competitive special hiring authorities, supporting documentation should be provided. For more information, click HERE.

3. If this merit promotion announcement is open to Federal employees outside of the USDA workforce, then veterans with at least three consecutive years of active duty military service may also be considered. For more details click HERE.

HOW WILL MY TOTAL APPLICATION BE EVALUATED?

Applicants are evaluated in accordance with Merit Staffing procedures which govern Status candidates. All are rated on the extent and quality of experience, education, and training relevant to the duties of the position. An automated scoring system, based on the on-line application process is used. Before any certificate can be issued to the selecting official, the resume is reviewed carefully by an HR Specialist to assure that (a) minimum qualification requirements are met and (b) the resume supports the answers provided to the job-specific questions.

Your answers will be verified against information provided in your on-line resume and application. Be sure that your resume clearly supports your responses to all the questions addressing experience and education relevant to this position.

Additional information regarding selection is available by clicking on WHAT IF I AM SELECTED?

ARE THERE ANY SPECIAL REQUIREMENTS FOR THIS POSITION?

Click HERE for other important information.

EEO/DIVERSITY POLICY:

The USDA is an Equal Opportunity Employer and prohibits discrimination in all its programs and activities on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs,) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at 202-720-2600.

This Agency provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please

EXHIBIT 17
Page 4 of 5 Pages

000251

notify the agency. Decisions on granting reasonable
accommodation will be on a case-by-case basis.

To file a complaint of discrimination, write USDA, Director,
Office of Civil Rights, Room 326-W, Whitten Building,
14th and Independence Ave. SW, Washington, DC 20250-9410
or call (202) 720-5964 (voice or TDD).

ADDITIONAL CONTACT INFORMATION:

Karen Bridge
FSIS Human Resources Division
Room 3144-S
14th and Independence Ave. SW
Washington, DC 20250
(202) 690-2195
(202) 720-5124 (fax)

 

For additional information on this vacancy contact:
Karen Bridge
Phone: 2026902195
TDD: 8008778339
Or write:
Department Of Agriculture
1400 Independence Avenue, SW Rm. 3144 SOAGRBG
Washington, DC 20250

**USAJOBS Control Number:** 172703

EEO Policy Statement | Reasonable Accommodation Policy Statement | Veterans Information

 This is a United States Office of Personnel Management web site. USAJOBS is the Federal Government's official one-stop source for Federal jobs and employment information. 

Employer Services | Contact Us | Privacy Act and Public Burden Information

000252

EXHIBIT 17
Page 5 of 5 Pages