**Food Safety and Inspection Service, USDA**

**Applicant Resume Detail**

**Vacancy Description:** Compliance Officer (Deputy Director)

**Staging Area ID:** SA-FSIS-0001

---

**Name:** EUGENE CASOLE                                    **SSN:** ▓▓▓▓▓▓▓

Job Information
    Announcement Number: N-CID-2004-0001
    Position: Compliance Officer (Deputy Director)
    Series/Grade: GS-1801-14

Personal Information
    Eugene Casole
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    Home: ▓▓▓▓▓▓▓▓▓▓▓    Work: (202) 418-8870
    SS No. ▓▓▓▓▓▓▓▓▓

    eugene.casole@fsis.usda.gov

Work Experience
October 1990 to May 1995
    As a GS-9/11/12 Compliance Officer, I documented, quite possibly, more streamlined
    cases each year, during the five years I was in New York City, than any other
    compliance officer in the country during the same period.  I also documented many
    prosecution and civil cases, including, according to Agency officials at the time, FSIS'
    first closing of a retail store.  The retail establishment was called K.C. Meat & Poultry
    Corp., it was located in Lower Manhattan, and it was shut-down in October 1994 for
    violating the consent decree it entered into with the Agency and the FMIA and PPIA.

May 1995 to October 1995
    As a GS-13 Staff Officer with Review and Assessment, Internal Control Staff, I
    reviewed OIG Hot-line Complaints, program assessment reports, personnel
    investigative reports and prepared various correspondence to other FSIS programs.

October 1995 to September 1996
    As a GS-13 Compliance Specialist in FOD, I coordinated recall actions in accordance
    with Agency Directives, participated in recall meetings, interacted with plant

---



**QuickHire** — Evaluate the people, not the paper.

**Food Safety and Inspection Service, USDA**

**Applicant Resume Detail**

**Vacancy Description:** Compliance Officer (Deputy Director)

**Staging Area ID:** SA-FSIS-0001

---

**Name:** EUGENE CASOLE                                       **SSN:** ▮▮▮▮▮▮▮▮▮

management, reviewed recall effectiveness checks, and prepared closing reports.

I acted on a product seizure request—assisted OGC staff attorneys in preparing a complaint forfeiture and compliance officer's affidavit for Krusinski Finest Meats.

With minimal supervision, I out-sourced OIG Hot-line complaints to the field, assured that they were properly investigated and answered; addressed policy issues regarding pass-thru and the wholesale clubs; answered numerous correspondence concerning the inspection of ratites; and met with OGC staff attorneys and discussed issues and potential violations regarding central kitchens, pass-thru, the two-store concept, etc.

I worked on the IDI (In Distribution Inspector) project, i.e., developed inspection task model for the IDI, mirroring the PBIS inspection system, and maintained liaison contacts with other IDI programs, such as OGC and FDA during its development.

I coordinated Russian warehouse reviews of federally inspected facilities with Dr. Rick Harries, Director, Export Coordination Division. I provided program resources, information, and technical expertise throughout the review process

I coordinated nutritional verification sampling with Lynn Dickey, Branch Chief, Product Assessment Division. I provided program resources for a targeted nationwide nutritional verification sampling of federally inspected meat and poultry processed products.

I have served as acting Director, FOD, on numerous occasions when the division director was on leave or travel with full authority to perform management functions.

---



**Food Safety and Inspection Service, USDA**

**Applicant Resume Detail**

**Vacancy Description:** Compliance Officer (Deputy Director)

**Staging Area ID:** SA-FSIS-0001

---

**Name:** EUGENE   CASOLE                                             **SSN:** ▓▓▓▓▓▓▓▓▓

---

October 1996 to present
    As a senior GS-1? Compliance Specialist in EED, I reviewed, analyzed,
    recommended, and processed approx., 200 criminal and civil cases for criminal
    prosecution or civil injunction. I Independently drafted present your views
(PYV)
    letters, conducted PYV meetings, drafted OGC referrals, letters of warning
(LOW),
    weekly updates, and draft press releases.

    In addition, I processed numerous unique and complex criminal cases, including
Kmart
    Corporation, Professional Food Service, R.W. Zant Company, Thorn Apple Valley,
    Hunt Wesson, Marburger Packing Company, and PT Prime Trading in a timely
manner
    with minimal supervision.

    I assisted in preparing pre-trial diversion agreements for Kmart Corporation
and R.W.
    Zant Company for division director and OGC's review. I reviewed, commented
    and/or provided pre-trial diversion agreement language for many other cases,
including
    General Meat Distributors, Michigan Cold Storage facility, Mapelli Food
Distribution
    Company, Supermercado Plaza No. 3, and others.

    I assisted OGC staff attorneys in preparing an administrative subpoena
(Subpoena
    Duces Tecum) for an establishment conducting custom operations, Melcher Locker
&
    Produce, located in Nebraska, which repeatedly refused program representatives
access
    to the facility and examination of records. I participated in strategy
meetings with
    OIG, OGC, and district personnel, developed an action plan to deliver the
subpoena
    and conduct the review, and prepared a letter of warning to plant officials,
addressing
    harassment, impeding, and intimidation issues and concerns.

    I have reviewed and processed numerous retail, custom, and poultry exemption

---



**Food Safety and Inspection Service, USDA**

**Applicant Resume Detail**

**Vacancy Description:** Compliance Officer (Deputy Director)
   **Staging Area ID:** SA-FSIS-0001

---

**Name:** EUGENE CASOLE                  **SSN:** [redacted]

cases,
including Denny's Custom Processing, Chang Fung Wong Chicken Market, Al Zahra Poultry, Avicola Morovis, Inc., Alphonso Cumo Custom Slaughter, Rick's Chicks Live Poultry, and Sonny's 10th Avenue Meat Market.

With minimal supervision I have drafted OGC referral memos, reviewed and commented on AUSA referral letters, sample indictments, draft plea agreements, draft civil complaints, proposed consent decrees and consent orders for content, accuracy, and completeness.

I have served as program manager of the criminal branch on numerous occasions when the program manager was on leave, training, or travel with full authority to perform management functions.

October 1997 to present
As a seasoned case reviewer, my experience, review and analysis of case files reflects my knowledge of the Acts and specific regulations relating to HACCP, SSOP, Salmonella Performance Standards, and E.coli testing requirements.

I have reviewed, analyzed, made recommendations on disposition, and prepared notices of suspensions and letters of warning for several cases, including Thorn Apple Valley, Townsends, Perdue Farms, FBA Food Production, Oriskany Falls Packing, and Spectrum Preferred Meats.

As the senior staff officer in the Administrative branch, I have reviewed, recommend, and processed many administrative (HACCP, SSOP, SPS) type cases for administrative action.

I have reviewed, analyzed, and made recommendations on several administrative cases submitted for possible withdrawal action, including Same Kane Beef, LaGrou Cold

---
QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

Date: 9/28/04                                                        Page:4

000264                EXHIBIT 20
                                   Page 4 of 7 Pages



**Food Safety and Inspection Service, USDA**

**Applicant Resume Detail**

**Vacancy Description:** Compliance Officer (Deputy Director)

**Staging Area ID:** SA-FSIS-0001

---

**Name:** EUGENE CASOLE                                            **SSN:**

---

Storage, and Industries Avicolas de Puerto Rico. I provided feedback to the division
    director and assisted in drafting referral letters to OGC.

September 2000 to present
    As a senior GS-13 Compliance Specialist in EED, I reviewed and processed approx.,
    50 administrative (unfitness) cases for administrative action. I,
Independently or with
    minimal supervision, prepared show cause letters, OGC referrals, developed consent
    order terms and language, negotiated with respondents, and represented the division on
    many consent order trips.

    I participated on a FSIS Docket Committee for Grants of Inspection. I attended docket
    committee meetings, interacted with and provided program knowledge to the team
    leader and docket committee members, reviewed and commented on draft issue papers
    and provided feedback to division director on preliminary reports and draft directives.

    In March 2002, I was asked to give a presentation on Administrative (unfitness) cases
    to FSIS and State Compliance Officers in Hagerstown, Maryland. I explained the
    statutes that provide the basis to withdraw inspection under the Acts, gave a historical
    perspective, expounded on past and present trends, provided hand-outs, and answered
    questions.

    I have coordinated investigations and provided in-put on conducting investigations
    regarding firms that are alleged to have breached their consent orders, namely,
    Vanguard Culinary Group, Phoenix Poultry Corporation, and Salem Packing
    Company, Inc.

    On a daily basis, I review for accuracy, format, and content Notices of

---

 **Food Safety and Inspection Service, USDA**

**Applicant Resume Detail**

**Vacancy Description:** Compliance Officer (Deputy Director)

**Staging Area ID:** SA-FSIS-0001

---

**Name:** EUGENE CASOLE  **SSN:** ▇▇▇▇▇

Intended
   Enforcement (NOIE), Notices of Deferral (NOD), Notices of Suspension (NOS), etc.,
   from three district offices.

   I have served as program manager of the administrative branch on numerous occasions
   when the program manager was on leave, training, or travel with full authority to
   perform management functions.

Awards
   Honors, awards, etc.: Certificate of Merit, July 2002; Spot Award, August 2001; Group
   Honor Award (Consumer Protection Task Force), June 2001; Group Honor Award for
   Excellence (FSIS Seamless Food Safety Distribution and Enforcement Group), June
   2001; Certificate of Merit (Extra Effort Award), August 2000; Group Honor Award for
   Excellence (FSIS Retail Food Safety and Enforcement Group), June 2000; Certificate
   of Merit, March 1999; Certificate of Appreciation, June 1987; Certificate of
   Commendation, November 1990

Training
   Job-related training courses: FSIS Food Technologist Certification, Fall 1999; Basic
   Compliance Officer's Training—Course 101, May 1992; Total Quality Control
   Course, Units I & II, April 1988; Basic Livestock Slaughter Inspection 305-C, January
   1988; Basic Processed Food Inspection—Course 501, May 1987

Education
Abington High School, Abington, PA 19001 (completed 10th grade)
   Commonwealth of Pennsylvania, GED, January 1974
West Chester State College, West Chester, PA
   B.S. Criminal Justice, May 1982
West Chester State College, West Chester, PA
   Accepted in M.S. program in 1982, earned approx., 9 semester hours
   (primarily research courses above the 500 level)

---

QuickHire – Evaluate the People, Not the Paper. All Rights Reserved.



**Food Safety and Inspection Service, USDA**

**Applicant Resume Detail**

**Vacancy Description:** Compliance Officer (Deputy Director)
   **Staging Area ID:** SA-FSIS-1001

---

**Name:** EUGENE  CASOLE                                              **SSN:** ███████

Kansas State University, Manhattan, Kansas
Mississippi State University, Starkville, Mississippi
   Earned in excess of 3 semester credit hours in Food Science
   Received FSIS' Food Technologists Certification, Fall of 1999

---

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

Date: 9/28/04                                                                                         Page:7

000267

EXHIBIT 20
Page 7 of 7 Pages