

**United States Department of Agriculture**

**Food Safety and Inspection Service**

**Human Resources Division**

January 29, 2004

To: Zygmunt Sala, Acting Director
Compliance and Investigations Division
Office of Program Evaluation, Enforcement
And Review

From: Karen Bridge
Human Resources Specialist

Subject: Promotion Certificate – W-CID-2004-0001 (Deputy Director)
Temporary Promotion NTE 1 Year

Enclosed is the Promotion Certificates for the subject position. The items checked below should be followed in filling this position.

___  The promotion certificate or non-competitive list contains eligible candidates outside FSIS. Before making a commitment to any candidate from <u>outside</u> this Agency, it is necessary that certain pre-employment information be obtained regarding the tentative selectee. We will also conduct pre-employment checks with former employers and supervisors. This office will contact the candidate's Personnel Office and conduct a thorough review of the Official Personnel Folder, a review of a "For Official Use Only" file if one exists, and a review of a selectee's leave record. This information is needed to determine the suitability of the candidate for employment with FSIS. If all pertinent information is favorable, a mutually agreeable release date will be established. We will keep you fully apprised of the results of the above.

_X_  A copy of the application and performance rating for each candidate listed in either Part I or Part II of the Promotion Certificate is enclosed. These forms have been provided to assist you in making your selection and must be returned to this office.

_X_  Performance appraisals are no longer a requirement from applicants. You may ask applicants to provide a copy of the appraisal later, for example, at the time of interview. However, we advise you to be consistent and treat applicants equitably (since this is a key merit principle). If you request an appraisal from one interviewee, you should ask the same of other interviewees who did not submit an appraisal -- thereby treating all those who were interviewed the same.

___  Applications and performance appraisals from the applicants eligible for non-competitive actions are enclosed. All are basically qualified and may be considered in conjunction with candidates for promotion.

NOTE: This Promotion Certificate is valid for 90 days from the issuance date shown in block 4. Extension may be granted for compelling administrative reasons. Please call me on (202) 690-2195 if such a situation occurs.

EXHIBIT 19
Page 1 of 3 Pages

000258

| U.S. Department of Agriculture<br>Food Safety and Inspection Service<br>**PROMOTION CERTIFICATE** | 1. DATE OF REQUEST<br>12/12/03 | 2. PROMOTION REGISTER NO. (if any)<br>W-CID-2004-0001 |
|---|---|---|
| 3. CERTIFICATE SUPPLIED TO: Zigmunt Sala, Acting Director<br>Compliance & Investigations Division | | 4. DATE<br>January 29, 2004 |
| 5. TITLE OF POSITION TO BE FILLED:<br>Compliance Officer, (Deputy Director) | 6. SERIES AND GRADE<br>GS-1801-14 | 7. DUTY STATION LOCATION OF POSITION<br>Washington, DC |
| 8. AREA OF CONSIDERATION (if extended)<br>FSIS Nationwide | 9. RETURN TO (issuing office)<br>[X] | Promotion File Office<br>Room 3144-South Building |

**PART I - SPECIAL CONSIDERATION**

The following employees are due special consideration for promotion for the reasons shown in item 13. When an employee is due special consideration as a result of demotion without cause, nonselection of such candidate must be strongly justified.

| NAME OF EMPLOYEE<br>10 | CURRENT TITLE<br>11 | CURRENT GRADE<br>12 | REASON<br>13 |
|---|---|---|---|
| | | | |

**PART II - PROMOTION CERTIFICATE**

The following list of "Best Qualified" employees is submitted for your consideration in filling the position described above. You should make selection in accordance with applicable provisions of the promotion plan covering this position. Complete Part III below and return this form to issuing office shown in item 9 above.

| NAME OF EMPLOYEE<br>14 | CURRENT TITLE<br>15 | CURRENT GRADE<br>16 | ORGANIZATIONAL UNIT & LOCATION<br>17 |
|---|---|---|---|
| 45 | Supvry Program Investigator | GS-13 | FSIS, Puerto Rico |
| 14 | Compliance Specialist | GS-13 | FSIS, Washington, DC |
| 1 | Compliance Specialist | GS-13 | FSIS, Washington, DC |
| 29 | Compliance Specialist | GS-13 | FSIS, Washington, DC |
| 5 | Compliance Specialist | GS-13 | FSIS, Washington, DC |
| 163 | Supvry. Program Investigator | GS-13 | FSIS, Boulder, CO |

Certificate invalid if NOT used within 90 days of the date appearing in block 4. After that date competitive procedures will have to be reapplied before the position can be filled.

| 16. SIGNATURE OF CERTIFYING OFFICER<br>Karen Bridge | 19. TITLE<br>Human Resources Specialist |
|---|---|

**PART III - SELECTION DATA**

| 20. NAME OF EMPLOYEE SELECTED<br>11 | 21. ENTRANCE ON DUTY DATE DESIRED<br>3/21/04 |
|---|---|

CHECK IF SF-52 COVERING THIS SELECTION IS ATTACHED

EXHIBIT 19

| 22. ATURE OF SELECTING OFFICIAL | 23. TITLE<br>000259<br>Director, CID | 24. DATE<br>3/3/2004 | Page 2 of 3 Pages |
|---|---|---|---|

NONCOMPETITIVE ELIGIBLES:

| | | | | |
|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓ (assignment) | 11 | Special Assistant | GS-301-14 | FSIS, WDC |
| ▓▓▓▓▓▓▓▓ (Schedule A Appointing Authority) | 105 | Program Analyst | GS-343-13 | FSIS, WDC |