EXHIBIT 22
Page 1 of 1 Pages

000274

| | Supervisory Experience (Compliance) | OFO Supp Mgt. | National Projects | Criminal/Other Investigations: Managing | Criminal/Other Investigations: Supervisory | Criminal/Other Investigations: Conducting | Org. Unit Budget/Other Admin Personnel Actions: Super | Org. Unit Budget/Other Admin Personnel Actions: Managing | Court Room Experience Grand Jury |
|---|---|---|---|---|---|---|---|---|---|
| **Non competitive** | | | | | | | | | |
| Benedict 163 | W | W | S | W | W | M (not meat) | W | W | S |
| Hiltman 11 | S | S | S | S | S | S | S | S | S |
| **Competitive** | | | | | | | | | |
| Bobe A 45 | S | W | S | W | M | M | S | W | W |
| Busch 14 | W | W | S | W | W | S | W | W | S |
| Casole 1 | W | W | S | W | W | S | W | W | W |
| Millergo 29 | W | W | S | M (HQ cred.) | W | S | W | M (HQ) | S |
| Ogundipe 5 | W | S | S | M (HQ cred.) | W | W | W | M (HQ) | W |
| Zamora 163 | S | W | S | M (Regional) | S | S | S | M (Regional) | S |

W = Weak
M = Moderate
S = Strong

FEB-?-2005 (MON) 13:53 FSIS Civil Rights Division (FAX)301 504 7748 P.010/010