**UNITED STATES DEPARTMENT OF AGRICULTURE**
FOOD SAFETY AND INSPECTION SERVICE
WASHINGTON, DC

| FSIS DIRECTIVE | 4335.8 REVISION 1 | 11/4/02 |
|---|---|---|

## INTERVIEW POLICY

I. **PURPOSE**

This directive provides the interview policy for the Agency.

II. **CANCELLATION**

This directive cancels FSIS Directive 4335.8 dated 6/29/01.

III. **REASON FOR REISSUANCE**

This directive is reissued to eliminate the mandatory requirement for BEI interviews at the GS-13 through GS-15 levels and the requirement to use BEI panels for GS-14 and GS-15 positions.

IV. **REFERENCES**

FSIS Directive 4335.1 Revision 2, Merit Promotion Plan

V. **ABBREVIATIONS AND FORMS**

| | |
|---|---|
| BEI | Behavioral Event Interview |
| GS | General Schedule |
| KSA | Knowledge, Skills, and Abilities |
| HRD | Human Resources Division |
| HRO | Human Resources Office |

VI. **POLICY**

It is FSIS policy to strongly encourage the use of interviews as a part of the selection process for positions filled through competitive and noncompetitive procedures (refer to FSIS Directive 4335.1). Interviewing is not mandatory; however, when interviews are conducted, the BEI methodology is required. A mix of technical, experience, and self-evaluation questions may also be included with the BEI questions. Deputy Administrators or Assistant Administrators may institute their own interview policies for their areas.

---

| DISTRIBUTION: | OPI: |
|---|---|
| All Offices | HRD – Employment and Benefits Policy Branch |

000301

EXHIBIT 26
Page 1 of 2 Pages

3. **Noncompetitive Candidates.** The selecting official may choose which candidates to interview. (**NOTE:** For bargaining unit positions, follow the procedures governing employees who request voluntary reassignment. Contact POB for more details.)

D. **Selecting Official Action.** (See Attachment 1-1, DPM 335, Appendix B, Section IV., Part B. 3.) The selecting official:

1. Consults the servicing personnel specialist as needed for advice on interviewing, supervisory reference checks, and other appropriate screening techniques.

2. Keeps notes documenting interview and selection decisions. (**EXAMPLES:** Keeps a record of the interview questions. Takes notes during the interview to document and assess the candidates' responses. Notes rationale for decisions.)

3. Makes selection based on:

    a. Job-related criteria and the specific needs of the position to be filled.

    b. Extent to which each candidate would contribute to the work of the unit.

4. Provides written justification for non-selection of a **candidate entitled to priority consideration** or with repromotion placement rights. Include job-related reasons why the candidate was not selected.

5. Notifies all candidates on the certificate of the selection decision in a timely manner including the name of the candidate selected. **NOTE:** The selecting official may offer non-selected candidates an opportunity to obtain feedback on their qualifications based on the KSA's for the advertised position.

6. Provides a brief written explanation(s) for not making a selection from certificate, when applicable. (See Attachment 1-1, DPM 335, Appendix B, Attachment 3, Paragraph B.)

7. Keeps all documentation for at least 2 years or until any grievance, appeal, or complaint is resolved (whichever is longer).

**XVI.**    **(RESERVED)**