UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE CASOLE,                    )<br>                                                   )<br>          Plaintiff,                        )<br>                                                   )<br>    v.                                         )<br>                                                   )<br>MIKE JOHANNS,                            )<br>Secretary of the Department of Agriculture, )<br>                                                   )<br>          Defendant.                    )<br>_____) | Civil Action No. 05-1459 (CKK) |

## **ORDER**

This matter comes before the Court on defendant's motion to dismiss or, in the alternative, for summary judgment. After considering the relevant pleadings, the record herein, and applicable law, it is this ____ day of _____, 2006, hereby

ORDERED, that defendant's motion is granted. Plaintiff's claims are hereby dismissed.

This is a final, appealable Order.

_____
Colleen Kollar-Kotelly
United States District Judge

cc:     Counsel of Record via ECF