UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EUGENE CASOLE | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05CV01459 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| United States Department of Agriculture | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Plaintiff, Eugene Casole, by and through his attorney, Steven J. Silverberg, hereby moves — pursuant to Federal Rules of Civil Procedure 6(b) and 7(b), and LCvR 7 of the United States District Court for the District of Columbia — for an enlargement of time for Plaintiff to file his Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment.

1.      Defendant filed its Motion to Dismiss on Monday, April 10, 2006.  Thus, Plaintiff's Opposition is due on or before Friday, April 21, 2006.  Defendant's response to Plaintiff's First Amended Complaint for Employment Discrimination was originally due on or before February 27, 2006.  However, Plaintiff consented to two Motions by

Defendant for an Extension of Time that were granted by this Court (each for three weeks) so that Defendant's response was eventually due on or before April 10, 2006.

2. Attorney for Plaintiff needs additional time to file Plaintiff's Opposition for several reasons. Attorney for Plaintiff and his wife are visiting their 14 year-old son, who resides at a therapeutic boarding school in South Carolina, from Friday, April 14, 2006 through Wednesday, April 19, 2006. Attorney for Plaintiff must see his son during that time period because that is the time of his son's Spring Break. Attorney for Plaintiff also has a very busy work schedule, including working on several matters before the Equal Employment Opportunity Commission, the District of Columbia Office of Employee Appeals, the District of Columbia Office of Human Rights, and in federal court.

3. Given Attorney for Plaintiff's very busy schedule, and also because Defendant's Motion to Dismiss is a very complex Motion which is 36 pages long (including a seven-page Statement of Material Facts Not in Dispute), Attorney for Plaintiff needs additional time to file Plaintiff's Opposition. Attorney for Plaintiff is therefore requesting a four week extension of time so that Plaintiff's Opposition is due on or before May 19, 2006.

4. Pursuant to LCvR 7(m), Attorney for Plaintiff has contacted Attorney for Defendant and he consents to this Motion.

WHEREFORE, Plaintiff prays that the time for him to file his Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, be extended until May 19, 2006.

April 13, 2006                           Respectfully submitted,

                                          _____/s/_____
                                          Steven J. Silverberg
                                          Attorney for Plaintiff
                                          1819 L Street N.W.
                                          Suite 700
                                          Washington, D.C. 20036
                                          Tel: (202) 785-8499
                                          Fax: (202) 785-8470

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EUGENE CASOLE** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:05CV01459 (CKK) |
| | ) |
| v. | ) |
| | ) |
| **MIKE JOHANNS, Secretary,** | ) |
| **United States Department of Agriculture** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

1.  Federal Rules of Civil Procedure 6(b) and 7(b).

2.  LCvR 7 of the United States District Court for the District of Columbia.

3.  The inherent power of this Court.

4.  The record herein.

Respectfully submitted,

_____/s/_____
Steven J. Silverberg
Attorney for Plaintiff
1819 L Street N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE CASOLE ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05CV01459 (CKK) |
| ) | |
| v. ) | |
| ) | |
| MIKE JOHANNS, Secretary, ) | |
| United States Department of Agriculture ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter having come before the Court on Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, it is by the United States District Court for the District of Columbia, on this _____ day of April, 2006,

ORDERED, that the aforesaid Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, be and is hereby GRANTED; and it is

FURTHER ORDERED, that Plaintiff shall file his Opposition on or before May 19, 2006.

_____
Colleen Kollar-Kotelly
United States District Judge

cc: Counsel of Record via ECF