UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EUGENE CASOLE** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05-CV-01459 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| **MIKE JOHANNS**, Secretary, | ) | |
| United States Department of Agriculture | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE HIS RESPONSE TO DEFENDANT'S MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, Eugene Casole, by and through his attorney, Steven J. Silverberg, and hereby moves pursuant to Federal Rules of Civil Procedure 6(b) and 7(b), and Local Rule LCvR 7 of the United States District Court for the District of Columbia, for an enlargement of time for Plaintiff to file his Response to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment.

1. Defendant filed its Motion to Dismiss on April 10, 2006. Defendant's Response to Plaintiff's First Amended Complaint for Employment Discrimination was originally due on or before February 27, 2006. However, Plaintiff consented to two Motions by Defendant for an Extension of Time that were granted by this Court (each for

three weeks) so that Defendant's response was eventually due on or before April 10, 2006. This Court then granted, on April 18, 2006, Plaintiff's Consent Motion for an Enlargement of Time to File Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, so that Plaintiff's Opposition is currently due on May 19, 2006. Attorney for Plaintiff had requested that enlargement of time because he and his wife were visiting their 14 year old son, who resides at a therapeutic boarding school in South Carolina, and also because he had an extremely busy work schedule.

2. Plaintiff filed his First Amended Complaint of Employment Discrimination on February 8, 2006. He amended his original Complaint which consisted of five Equal Employment Opportunity ("EEO") complaints of formal discrimination, which he had originally filed administratively with the U.S. Department of Agriculture ("Agency") and which he could then amend to include a sixth EEO complaint which he had filed administratively with the Agency pursuant to 42 U.S.C. § 2000e-16(c) and 29 C.F.R. § 1614.407(b), as 180 days had then passed since he filed that sixth complaint with the Agency, and the Agency had not taken a final action on that case.

3. Plaintiff filed administratively a seventh EEO complaint with the Agency on or about September 23, 2005, which the Agency accepted by letter dated January 20, 2006.

4. Attorney for Plaintiff needs additional time to respond to Defendant's Motion to Dismiss. Plaintiff and his attorney have recently decided to file a Second

Amended Complaint, and Attorney for Plaintiff is also extremely busy the next few weeks, particularly next week, May 15-19 (the week that Plaintiff's Response is due, i.e., May 19th). He and his wife will be in South Carolina to visit their son from May 18, 2006, through May 21, 2006. He has discovery requests in an EEOC case due on May 16, 2006, a response in an administrative matter before a federal agency due on May 19, 2006, a response to a Motion for Summary Judgment in another EEOC matter due on May 26, 2006, several depositions in another EEOC matter and a hearing in that matter before an EEOC Judge on June 9, 2006. He also has many other matters in his caseload which he must attend in the next few weeks, including probably a disciplinary hearing for a District of Columbia Public School student. Thus, Attorney for Plaintiff is requesting that the time to file a Response to Defendant's Motion to Dismiss be extended until Wednesday, June 14, 2006, which is after the EEOC hearing will have been held.

5. Pursuant to Local Rule LCvR 8(m), Attorney for Plaintiff has contacted Attorney for Defendant and he does not oppose this Motion to Enlarge, and he (Attorney for Defendant) has noted that he will address the merits of the case at the appropriate time.

6. This Enlargement of Time will not affect any events scheduled by the Court, as no scheduling order has yet been issued by the Court.

WHEREFORE, Plaintiff prays that the time for him to file his Response to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, be extended until June 14, 2006.

Respectfully submitted,

May 12, 2006

   /s/ Steven J. Silverberg
Steven J. Silverberg
Attorney for Plaintiff
1819 L Street N.W.
Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
E-Mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EUGENE CASOLE** | ) |
| | ) |
|     **Plaintiff,** | )   Case No. 1:05CV01459 (CKK) |
| | ) |
|   v. | ) |
| | ) |
| **MIKE JOHANNS, Secretary,** | ) |
| **United States Department of Agriculture** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE HIS RESPONSE TO DEFENDANT'S MOTION TO DISMISS <u>OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT</u>**

4. Federal Rules of Civil Procedure 6(b) and 7(b).

5. Local Rule LCvR 7 of the United States District Court for the District of Columbia.

6. The inherent power of this Court.

7. The record herein.

                                            Respectfully submitted,

May 12, 2006                                     <u>  /s/ Steven J. Silverberg       </u>
                                                        Steven J. Silverberg
                                                        Attorney for Plaintiff
                                                        1819 L Street N.W., Suite 700
                                                        Washington, D.C. 20036
                                                        Tel: (202) 785-8499
                                                        Fax: (202) 785-8470
                                                        E-Mail: sjsilverberg@erols.com

cc: Counsel of Record via ECF

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EUGENE CASOLE | ) |
| | ) |
| Plaintiff, | ) Case No. 1:05CV01459 (CKK) |
| | ) |
| v. | ) |
| | ) |
| MIKE JOHANNS, Secretary, | ) |
| United States Department of Agriculture | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

This matter having come before the Court on Plaintiff's Unopposed Motion for Enlargement of Time to File his Response to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, it is by the United States District Court for the District of Columbia, on this _____ day of May, 2006,

ORDERED, that the aforesaid Plaintiff's Unopposed Motion for Enlargement of Time to File his Response to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, be and is hereby GRANTED; and it is

FURTHER ORDERED, that Plaintiff shall file his Response on or before June 14, 2006.

_____
Colleen Kollar-Kotelly
United States District Judge

cc: Counsel of Record via ECF