UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EUGENE CASOLE** ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05 CV 01459 (CKK) |
| ) | |
| v. ) | |
| ) | |
| **MIKE JOHANNS**, Secretary, ) | |
| United States Department of Agriculture ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE HIS RESPONSE TO DEFENDANT'S MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, Eugene Casole, by and through his attorney, Steven J. Silverberg, and hereby moves pursuant to Federal Rules of Civil Procedure 6(b) and 7(b), and Local Rule LCvR 7 of the United States District Court for the District of Columbia, for an enlargement of time for Plaintiff to file his Response to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment.

1. Defendant filed its Motion to Dismiss on April 10, 2006. Defendant's Response to Plaintiff's First Amended Complaint for Employment Discrimination was originally due on or before February 27, 2006. However, Plaintiff consented or did not oppose two Motions by Defendant for an Extension of Time that were granted by this Court so that Defendant's Response was eventually due on or before April 10, 2006.

This Court then granted two Plaintiff's Motions for an Enlargement of Time to File Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, which Defendant consented to or did not oppose. Plaintiff's Opposition is currently due by June 14, 2006.

2. Plaintiff filed his First Amended Complaint of Employment Discrimination with this Court on February 8, 2006. He amended his original Complaint which consisted of five Equal Employment Opportunity ("EEO") complaints of formal discrimination, which he had originally filed administratively with the U.S. Department of Agriculture ("Agency") and which he could then amend to include a sixth EEO complaint which he had filed administratively with the Agency pursuant to 42 U.S.C. § 2000e-16(c) and 29 C.F.R. § 1614.407(b), as 180 days had then passed since he filed that sixth complaint with the Agency, and the Agency had not taken a final action on that case.

3. Plaintiff filed administratively a seventh EEO complaint with the Agency on or about September 23, 2005 which the Agency accepted by letter dated January 20, 2006. Attorney for Plaintiff filed Plaintiff's prior Motion to Enlarge so that he would have time to respond to Defendant's Motion to Dismiss by filing a Second Amended Complaint which would include the seventh administrative complaint which was not ripe for filing when Plaintiff filed his First Amended Complaint of Employment Discrimination on February 8, 2006, as 180 days had not yet passed since Plaintiff filed the seventh EEO complaint on or about September 23, 2005. Attorney for Plaintiff also

filed that Motion to Enlarge as he had an extremely busy work and family schedule at that time.

4. Plaintiff file administratively an eighth EEO complaint on or about December 26, 2005, which the Agency accepted by letter dated February 14, 2006. Pursuant to 42 U.S.C. § 2000e-16(c) and 29 C.F.R. § 1614.407(b), this administrative complaint is not ripe to file as a complaint with this Court until Saturday, June 24, 2006, when 180 days have passed since the administrative filing of the eighth EEO complaint and the Agency has not taken a final action on that case (the Agency has not taken a final action on the seventh EEO complaint). Thus, Plaintiff asks that the Court grant his Motion to Enlarge the Time to Respond to Defendant's Motion to Dismiss until after June 24, 2006, so that Plaintiff can file a second amended complaint which includes both Plaintiff's seventh and eighth administrative EEO complaints .

5. It would be a waste of the Court's and the parties' resources for Plaintiff to file by tomorrow, June 14, 2006, a complex response to Defendant's Motion to Dismiss and then file a Second Amended Complaint several weeks later to which Defendant would have to respond anew. Thus, it makes sense to allow Plaintiff to file his response to Defendant's Motion to Dismiss after his (Plaintiff's) eighth EEO complaint comes ripe, i.e., June 24, 2006.

6. Attorney for Plaintiff is also moving for this Enlargement of Time because of his busy work and family schedule. Last Friday, June 9, 2006, Attorney for Plaintiff

had a hearing before the Equal Employment Opportunity Commission (EEOC) that lasted until 9:00 p.m. Yesterday, Monday, June 12, 2006, he had to submit a Meet and Confer, LCvR 16.3 Report to this Court in another discrimination matter. Attorney for Plaintiff also has to file this week a response to a Merit Systems Protection Board judge's order and an FOIA request regarding a D.C. Public School matter. Next week, Attorney for Plaintiff has to file a complaint with the District of Columbia Office of Human Rights and has a status conference in this court regarding the other above-referenced discrimination case. Attorney for Plaintiff will then be going to San Francisco to attend the National Employment Lawyers Association Conference from June 23, 2006 through June 26, 2006. Attorney for Plaintiff then has an Opposition to a Motion for Summary Judgment due on or about June 30, 2006. Attorney for Plaintiff and his wife will then be going to South Carolina, from approximately June 30, 2006 through July 6, 2006 to visit their 14-year old son who is in a therapeutic boarding school. Attorney for Plaintiff then has both an Opposition to Summary Judgment in one EEOC matter and an Attorney's Fee Petition in another EEOC matter due on Monday, July 10, 2006. Thus, Plaintiff is requesting that the time for him to file a response in this matter be enlarged another 30 days, until July 14, 2006.

7. Pursuant to Local Rule LCvR 7(m), Attorney for Plaintiff has contacted Attorney for Defendant and he consents to this Motion to Enlarge, and he (Attorney for Defendant ) has noted that he will address the merits of the case at the appropriate time.

8.     This Enlargement of Time will not affect any events scheduled by the Court, as no scheduling order has yet been issued by the Court.

WHEREFORE, Plaintiff prays that the time for him to file his Response to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, be extended until July 14, 2006.


June 13, 2006                                           Respectfully submitted,


                                                        _____/s/_____
                                                        Steven J. Silverberg
                                                        Attorney for Plaintiff
                                                        1819 L Street N.W.
                                                        Suite 700
                                                        Washington, D.C. 20036
                                                        Tel: (202) 785-8499
                                                        Fax: (202) 785-8470
                                                        E-Mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EUGENE CASOLE** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05CV01459 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| **MIKE JOHANNS, Secretary,** | ) | |
| **United States Department of Agriculture** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE HIS RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

1. Federal Rules of Civil Procedure 6(b) and 7(b).

2. Local Rule LCvR 7 of the United States District Court for the District of Columbia.

3. The inherent power of this Court.

4. The record herein.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Steven J. Silverberg
                                              Attorney for Plaintiff
                                              1819 L Street N.W., Suite 700
                                              Washington, D.C. 20036
                                              Tel: (202) 785-8499
                                              Fax: (202) 785-8470

June 13, 2006                             E-Mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EUGENE CASOLE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, Secretary, )<br>United States Department of Agriculture )<br>)<br>Defendant. )<br>) | Case No. 1:05CV01459 (CKK) |

## ORDER

This matter having come before the Court on Plaintiff's Consent Motion for Enlargement of Time to File his Response to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, it is by the United States District Court for the District of Columbia, on this _____ day of June, 2006,

ORDERED, that the aforesaid Plaintiff's Consent Motion for Enlargement of Time to File his Response to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, be and is hereby GRANTED; and it is

FURTHER ORDERED, that Plaintiff shall file his Response on or before July 14, 2006.

_____
Colleen Kollar-Kotelly
United States District Judge

cc: Counsel of Record via ECF