UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE CASOLE, | ) |
| | ) |
|     Plaintiff, | ) Case No. 1:05CV01459 (CKK) |
| | ) |
| v. | ) |
| | ) |
| MIKE JOHANNS, SECRETARY, | ) |
| UNITED STATES DEPARTMENT | ) |
|  OF AGRICULTURE, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE EUGENE CASOLE'S SECOND AMENDED COMPLAINT**

COMES NOW the Plaintiff, Eugene Casole, by and through his attorney, Steven J. Silverberg, and hereby moves pursuant to Federal Rules of Civil Procedure 7 and 15, and Rules 7 and 15.1 of the United States District Court for the District of Columbia, for permission to file a Second Amended Complaint for Employment Discrimination.

1.    Plaintiff filed his First Amended Complaint of Employment Discrimination with this Court on February 8, 2006.  This First Amended Complaint alleged discrimination based on national origin, sex, and reprisal for his prior Equal Employment Opportunity (EEO) activity.

2.    Two other formal complaints filed by Plaintiff with the Agency, Agency Case No. FSIS-2005-00945 and FSIS-2006-00131, were not yet ripe to file in court when Plaintif filed his First Amended Complaint, as pursuant to 42 U.S.C. § 2000e-16(c), and 29 C.F.R. §1614.407(b), 180 days had not yet passed since he filed these two administrative complaints.

3.    As Agency Case No. FSIS-2006-00945 was filed on September 23, 2005, and Agency Case No. FSIS-2006-00131 was filed on December 26, 2005, 180 days have now passed since Plaintiff filed each of these complaints and therefore these cases are now ripe to file in

court, as the Agency has not taken a final action on either case.

4.  Plaintiff now files his Second Amended Complaint for Employment Discrimination based on discrimination based on reprisal, national origin and sex, primarily to include administrative formal Complaints of Discrimination, Agency Case Nos. FSIS-2005-00945 and FSIS-2006-00131, and to make certain corrections and additions to his First Amended Complaint.

5.  Plaintiff is filing this Second Amended Complaint pursuant to 42 U.S.C. § 2000e-16(c) which allows an individual to file a civil action against certain federal agencies "after one hundred eighty days from the filing of the initial charge with the department, agency or unit... until such time as final action may be taken by a department agency, or unit", and pursuant to 29 C.F.R. § 1614.407(b), which gives a "complainant who has filed an individual complaint" against a federal agency the right "to file a civil action in an appropriate United States District Court" "(a)fter 180 days from the date of filing an individual or class complaint if no appeal has been filed and final action has not been taken."  Thus, Plaintiff now wishes to exercise his right pursuant to federal statute and regulation to file this Second Amended Complaint.

6.  Attorney for Plaintiff has contacted Assistant United States Attorney John F. Henault, Jr. and he does not oppose this Motion for Leave.  Mr. Henault intends to file a Motion to Dismiss/Motion for Summary Judgment in response to this Second Amended Complaint.

WHEREFORE, Plaintiff Eugene Casole prays that his Unopposed Motion for Leave to File Second Amended Complaint be granted and that he be allowed to file a Second Amended Complaint.

Respectfully submitted,

July 14, 2006

    /s/
Steven J. Silverberg
District of Columbia Bar #377376
Attorney for Plaintiff
1819 L Street, N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
E-mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EUGENE CASOLE, | ) |
| Plaintiff, | ) Case No. 1:05CV01459 (CKK) |
| v. | ) |
| MIKE JOHANNS, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR
FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

1. Federal Rules of Civil Procedure 7 and 15.

2. LCvR 7 and 15.1 of the United States District Court for the District of Columbia.

3. The inherent power of this Court.

4. The record herein.

Respectfully submitted,

_____/s/_____
Steven J. Silverberg
District of Columbia Bar #377376
Attorney for Plaintiff
1819 L Street, N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
E-mail: sjsilverberg@erols.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **EUGENE CASOLE,** | ) |
|  | ) |
| Plaintiff, | ) Case No. 1:05CV01459 (CKK) |
|  | ) |
| v. | ) |
|  | ) |
| **MIKE JOHANNS, SECRETARY,** | ) |
| **UNITED STATES DEPARTMENT** | ) |
| **OF AGRICULTURE,** | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## **ORDER**

This matter having come before the United States District Court for the District of Columbia on Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint, on this _____ day of July, 2006, it is hereby ORDERED that Plaintiff's Motion be and is hereby GRANTED, and that Plaintiff be allowed to file his Second Amended Complaint.

_____
Colleen Kollar-Kotelly
United States District Judge

Copies to: Counsel of Record via ECF