## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE CASOLE, )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, )<br>Secretary of the Department of Agriculture, )<br>)<br>     Defendant. )<br>_____) | Civil Action No. 05-1459 (CKK) |

### DEFENDANT'S CONSENT MOTION FOR AN EXTENSION
### OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT
### AND MEMORANDUM IN SUPPORT THEREOF

Defendant Mike Johanns, in his official capacity as Secretary of the Department of Agriculture, respectfully requests that this Court extend the time for him to respond to the second amended complaint in this case from September 11, 2006 to October 2, 2006. In support of this motion, defendant states the following:

    1. On February 9, 2006, plaintiff filed an amended complaint in this action. Defendant filed a motion to dismiss that amended complaint on April 10, 2006.

    2. On July 14, rather than respond to defendant's dispositive motion, plaintiff filed a motion for leave to file a second amended complaint. The Court granted plaintiff's motion and filed the second amended complaint on August 24, 2006, making defendant's response due on or before September 11.

    3. Although undersigned counsel anticipates filing a dispositive motion in response to the second amended complaint, counsel has had four previously scheduled dispositive motions due in other matters, together with three days of deposition in the past week and, therefore, has been able to draft the dispositive motion had begun to draft the motion. Moreover, counsel for

defendant is schedule to be out of the area for annual leave from Friday, August 31 to Monday, September 11, 2006, after which he has several preexisting deadlines to meet, including a two day mediation and several other dispositive motions.

    4.  Thus, defendant requires additional time to prepare and file a dispositive motion. Accordingly, defendant requests that the Court extend his time to file a response to the amended complaint by three-weeks, until October 2, 2006.

    5.  Pursuant to Local Civil Rule 7(m), plaintiff consents to this motion.

August 31, 2006                          Respectfully submitted,

                                              _____/s/_____
                                              KENNETH L. WAINSTEIN, DC BAR #451058
                                              United States Attorney

                                              _____/s/_____
                                              R. CRAIG LAWRENCE, DC BAR #171538
                                              United States Attorney

                                              _____/s/_____
                                              JOHN F. HENAULT, D.C. Bar # 472590
                                              Assistant United States Attorney
                                              555 Fourth Street, N.W. - Civil Division
                                              Washington, D.C.  20530
                                              (202) 307-1249
                                              (202) 514-8780 (facsimile)