## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EUGENE CASOLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:05CV01459 (CKK)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MIKE JOHANNS, SECRETARY,** | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF AGRICULTURE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
## TO FILE THIRD AMENDED COMPLAINT

COMES NOW the Plaintiff, Eugene Casole, by and through his attorney, Steven J. Silverberg, and hereby moves pursuant to Federal Rules of Civil Procedure 7 and 15, and Rules 7 and 15.1 of the United States District Court for the District of Columbia, for permission to file a Third Amended Complaint for Employment Discrimination.

1.      Plaintiff filed his Second Amended Complaint of Employment Discrimination with this Court on July 14, 2006.  This Second Amended Complaint alleged discrimination based on national origin, sex, and reprisal for his prior Equal Employment Opportunity (EEO) activity.

2.      One other formal complaint filed by Plaintiff with the Agency, Agency Case No. FSIS-2006-00332, was not yet ripe to file in court when Plaintiff filed his Second Amended Complaint, as pursuant to 42 U.S.C. § 2000e-16(c), and 29 C.F.R. §1614.407(b), 180 days had not yet passed since he filed this administrative complaint.

3.      As Agency Case No. FSIS-2006-00332 was filed on March 21, 2006, 180 days have now passed since Plaintiff filed this complaint and therefore this case is now ripe to file in court, as the Agency has not taken a final action on this case.

4.      Plaintiff now files his Third Amended Complaint for Employment Discrimination based on discrimination based on reprisal, national origin and sex, primarily to include administrative formal Complaint of Discrimination, Agency Case No. FSIS-2006-00332, and to make certain corrections and additions to his Second Amended Complaint.

5.      Plaintiff is filing this Third Amended Complaint pursuant to 42 U.S.C. § 2000e-16(c) which allows an individual to file a civil action against certain federal agencies "after one hundred eighty days from the filing of the initial charge with the department, agency or unit... until such time as final action may be taken by a department agency, or unit", and pursuant to 29 C.F.R. § 1614.407(b), which gives a "complainant who has filed an individual complaint" against a federal agency the right "to file a civil action in an appropriate United States District Court" "(a)fter 180 days from the date of filing an individual or class complaint if no appeal has been filed and final action has not been taken." Thus, Plaintiff now wishes to exercise his right pursuant to federal statute and regulation to file this Third Amended Complaint.

6.      Attorney for Plaintiff has contacted Assistant United States Attorney John F. Henault, Jr. and he does not oppose this Motion for Leave.

WHEREFORE, Plaintiff Eugene Casole prays that his Uunopposed Motion for Leave to File Third Amended Complaint be granted and that he be allowed to file a Third Amended Complaint.

Respectfully submitted,

/s/

_____

September 28, 2006

Steven J. Silverberg
District of Columbia Bar #377376
Attorney for Plaintiff
1819 L Street, N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
E-mail: sjsilverberg@erols.com

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE CASOLE, | ) |
| | ) |
| Plaintiff, | )     Case No. 1:05CV01459 (CKK) |
| | ) |
| v. | ) |
| | ) |
| MIKE JOHANNS, SECRETARY, | ) |
| UNITED STATES DEPARTMENT | ) |
| OF AGRICULTURE, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR
## FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

1.  Federal Rules of Civil Procedure 7 and 15.

2.  LCvR 7 and 15.1 of the United States District Court for the District of Columbia.

3.  The inherent power of this Court.

4.  The record herein.

Respectfully submitted,

/s/

_____
Steven J. Silverberg
District of Columbia Bar #377376
Attorney for Plaintiff
1819 L Street, N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
E-mail: sjsilverberg@erols.com

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **EUGENE CASOLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:05CV01459 (CKK)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MIKE JOHANNS, SECRETARY,** | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF AGRICULTURE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

This matter having come before the United States District Court for the District of

Columbia on Plaintiff's Unopposed Motion for Leave to File Third Amended Complaint, on this

_____ day of _____, 2006, it is hereby ORDERED that Plaintiff's Motion

be and is hereby GRANTED, and that Plaintiff be allowed to file his Third Amended Complaint.

_____
Colleen Kollar-Kotelly
United States District Judge

Copies to: Counsel of Record via ECF