**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EUGENE CASOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1459 (CKK) |
| | ) | |
| MIKE JOHANNS, | ) | |
| Secretary of the Department of Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION**
**OF TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT**
**AND MEMORANDUM IN SUPPORT THEREOF**

Defendant Mike Johanns, in his official capacity as Secretary of the Department of

Agriculture, respectfully requests that this Court extend the time for him to respond to the third

amended complaint in this case from October 23, 2006to November 21, 2006.  In support of this

motion, defendant states the following:

1.  On October 6, 2006, plaintiff filed a third amended complaint in this action, to which

defendant is scheduled to respond on October 23, 2006.

2. Because defendant is intending to file a pre-discovery dispositive motion, defendant

requests additional time to complete that motion.

3.  Although undersigned counsel had begun to draft the motion, counsel has not yet

received all of the material from the administrative phase of plaintiff's complaint.

4.  Given the current caseload of counsel for defendant, including several days of

depositions and several dispositive motions due within the next two weeks, defendant requires

additional time to prepare and file a dispositive motion.  Accordingly, defendant requests that the

Court extend his time to file a response to the third amended complaint until November 21,

2006.

    5.  Pursuant to Local Civil Rule 7(m), plaintiff consents to this motion.

October 18, 2006             Respectfully submitted,


        /s/
JEFFREY A. TAYLOR, D.C. Bar # 489610
United States Attorney

        /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

        /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)