

**United States**         **Food Safety**         Washington, D.C.
**Department of**         **and Inspection**       20250
**Agriculture**          **Service**

FEB - 9 2004

FOR OFFICIAL USE ONLY

Mr. Eugene Casole
Compliance Specialist
Congressional Quarterly Building
1255 22nd Street, NW
Washington, DC 20037

Dear Mr. Casole:

This letter directs your detail assignment from your present duty station Washington, DC, to Omaha, Nebraska. You will retain your current position title, grade and step during this detail. Since this detail is not within commuting distance of your current Maryland residence, you will receive payment of appropriate authorized transportation and per-diem expenses associated with this detailed assignment. This detail is effective February 17, 2004 and extends through March 12, 2004. You will report to Mr. Donald Smart, Director, Program Review Staff, or his designee, for the duration of this detail assignment.

To ensure that this Agency's public health regulatory mission is effectively and efficiently carried out, it is vitally important that the Office of Program Evaluation, Enforcement and Review (OPEER) personnel perform their duties professionally at all times and maintain an impartial and professional relationship with other OPEER and Agency employees. Of equal importance is that OPEER personnel contribute to and maintain a harmonious work environment conducive to the efficient and effective conduct of the government's business. Failure to maintain such a relationship and environment has serious repercussions, including an adverse effect upon Agency employees, public confidence in the integrity of our employees and our Agency's programs.

At your present duty station, you reportedly engaged in improper conduct by making unsolicited, inappropriate, and unsubstantiated remarks to another OPEER employee while on duty. Therefore, I have requested the Labor and Employees Relations Division (LERD) to conduct a full independent investigation into these allegations and any other reported misconduct activities at the Congressional Quarterly building. The LERD investigation is scheduled to begin on February 23, 2004.

Accordingly, pending the results of the LERD investigation, it is in the best interests of the Agency to direct your detail assignment as specified. An AD-202 Travel Authorization covering

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY

the period of the detail assignment is enclosed. Failure to report for duty in Omaha may result in appropriate disciplinary action or, if warranted, action being initiated to remove you from the service.

Sincerely,

Richard T. Van Blargan
Deputy Assistant Administrator
Office of Program Evaluation, Enforcement and Review

Enclosure: AD-202 Travel Authorization

FOR OFFICIAL USE ONLY

2

# TRAVEL AUTHORIZATION/ADVANCE
### See Privacy Act Notice on Reverse
Note: Traveler is liable for the value of the tickets issued until all tickets or coupons are properly accounted for on the Travel Voucher.

## 1. ACTION CODE (Indicate one type only)

| | | |
|---|---|---|
| E = Establish  C = Cancel<br>A = Amend    V = Advance Only (Complete Sections A, E, and F Only) | 2. AUTHORIZATION DATE | MONTH 02  DAY 09  YEAR 04 |

## SECTION A - IDENTIFICATION

| 3. TRAVEL AUTHORIZATION NO. | 4. SOCIAL SECURITY NO. | 5. NAME (LAST) | (FIRST) | (Middle Initial) | 6. AGENCY CODE |
|---|---|---|---|---|---|
| 4CS3731100296 | 159 48 4837 | CASOLE | EUGENE | | 37 |

| 7. AGENCY DDN | 9. ESTIMATED DATES OF TRAVEL EXPENSES | | | | | | 10. TYPE TRAVEL (Indicate one type only) | | 11. GOVERNMENT CREDIT CARD HOLDER |
|---|---|---|---|---|---|---|---|---|---|
| AG37351000 | FROM | | | THRU | | | DM = Domestic    GR = Escorted Group | | |
| 12. TRAVELER DDN | Month 02 | Day 17 | Year 04 | Month 03 | Day 12 | Year 04  DM | PG = Foreign      OC = Outside Cont. U.S.<br>FT = Foreign Transfer  TS = Transfer of Station<br>RT = Return Travel   OT = Outside CONUS ToS | | Y = Yes  Y<br>N = No |

| 12. TRAINING DOCUMENT NO. (For Purpose of Travel Code 3 Only) | 13. OFFICIAL DUTY STATION CITY AND STATE | 14. RESIDENT CITY AND STATE (if other than official station) |
|---|---|---|
| | WASHINGTON, DC | ANNAPOLIS, MARYLAND |

## SECTION B - EMPLOYMENT STATUS (Check the appropriate employment status block.)

| ✓ | 15. PAYROLLED BY NFC | 16. NOT PAYROLLED BY NFC | 17. NEW HIRE | 18. SPECIAL APPOINTEE | 19. NONGOVERNMENT |
|---|---|---|---|---|---|

## SECTION C - ITINERARY AND ESTIMATED EXPENDITURES

| 20. FROM | | | | 21. TO | | | 22. AUTHORIZED EXPENDITURES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY | ST | CITY CD | CITY CD | CITY, COUNTY or REGION | ST | Subsistence Codes | CODE | LODGING | M and IE | RATE | NO. DAYS | ESTIMATED AMOUNT |
| WASHINGTON | DC | | | OMAHA | NE | | P | $63.00 + | $43.00 = | $106.00 x | 25 | $2,650.00 |
| | | | | | | P= Per Diem | | | | x | | |
| | | | | | | A = Actual Subsistence | | + | | x | | |
| | | | | | | S = Special Rate | | + | | x | | |
| | | | | | | | | + | | x | | |
| | | | | | | | | + | | x | | |

22. PURPOSE OF TRAVEL (Give explanation) DETAIL

| | | |
|---|---|---|
| TOTAL SUBSISTENCE | | $2,650.00 |
| ✓ POV: Rate .375 | | |

## SECTION D - ACCOUNTING CLASSIFICATION

25. Distribute Total Estimated Expenditures from Section C to the applicable Purpose of Travel Code and Accounting Classification line.

PURPOSE OF TRAVEL CODES →

| 1 = Site visit | 6 = Relocation | 11 = Pre-employment |
|---|---|---|
| 2 = Information meeting | 7 = Entitlement/Home leave | 12 = First part of duty |
| 3 = Training attendance | 8 = Special mission travel | 13 = Rest & Recuperation |
| 4 = Speech or presentation | 9 = Emergency travel | 14 = Educational |
| 5 = Conference attendance | 10 = Other travel | 15 = Informal training |

| | | |
|---|---|---|
| Rate | | |
| Rate | | |
| Rate | | |
| ✓ Other (Specify) PHONE/TAXI | | $250.00 |
| Unaccompanied Baggage | | |

| PURPOSE CODE | ACCOUNTING CLASSIFICATION | PERCENTAGE | | |
|---|---|---|---|---|
| 10 | 3110014 | 100 % | Car Rental | |
| | | | Common Carrier Tickets | |
| | | | Transportation | Method of Purchase |
| | | | | $600.00 |
| | | | Use of Non-contract Airline  Insert Code | |
| | | | Excess Fare | |
| | | | Excess Baggage | |
| | | | GSA Auto | |
| THESE PERCENTAGES MUST EQUAL | | 100 % | 24. TOTAL EST. EXPENDITURES AUTHORIZED | $3,500.00 |

## SECTION E - TRAVEL ADVANCE

26. ADVANCE REQUEST METHOD (Select one method only)

C = Check on DD/EFT
T = Travelers Checks
I = Imprest Fund
E = Emergency (Wire)
W = Wire Confirmation
S = Embassy Issued Advance
L = Embassy Collect Advance

## 32. ADVANCE MAILING ADDRESS OPTIONS

| | SALARY ADDRESS | T&A CONTACT POINT | SPECIAL ADDRESS | (Required for new hires, special appointees, and nongovernment travelers) | FOREIGN ADDRESS | TRAVEL EFT ACCOUNT |
|---|---|---|---|---|---|---|
| 1. (35) ► | | | | | | |
| 2. (35) ► | | | | | | |
| 3. City (20) ► | | | State (2) ► | | Zip Code (9) ► | |

| 27. AMOUNT OF ADVANCE APPLIED FOR | 33. IMPREST FUND CASHIER | |
|---|---|---|
| 28. BALANCE FROM PREVIOUS ADVANCE | SOCIAL SECURITY NO. | SIGNATURE |
| 29. TOTAL ADVANCE AMOUNT | 34. ADVANCE RECEIVED (Cash or Travelers Checks) | |
| | DATE RECEIVED  Month Day Year | APPLICANT'S SIGNATURE |

| 30. APPLICANT'S SIGNATURE | 31. DATE APPLIED FOR  Month Day Year | SEE PRIVACY ACT STATEMENT ON REVERSE |
|---|---|---|

## SECTION F - AGENCY APPROVAL

| 35. APPROVING OFFICER'S NAME & TITLE (Last, First, Middle Initial) (Type or Print) | AGENCY CODE | 36. SOCIAL SECURITY NO. | 37. DATE APPROVED  Month Day Year | 38. PHONE (Area Code & No.) |
|---|---|---|---|---|
| Richard T. Van Blargan, Dep., Asst. Adm, OPEER | 37 | | 02 09 04 | (202) 720-8609 |

| 39. APPROVING OFFICER'S SIGNATURE | 40. CONTACT PERSON'S NAME | 41. PHONE (Area Code & No.) |
|---|---|---|
| *[signature]* | WANDA SULLIVAN | (202) 720-8609 |

REMARKS

On completion and approval, submit original to:    PART 1 - NFC    Designed on FormFlow Software.    FORM AD-202 (USDA) (Rev. 11/95)
USDA - National Finance Center, P.O. Box 60,000, New Orleans, LA 70160    Exception to SF 1038 approved by GSA 11/20/95