



Food Safety and Inspection Service, USDA

**Applicant Resume Detail**

Vacancy Description: Compliance Officer (Deputy Director)
Staging Area ID: SA-FSIS-0001

---

Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓                             SSN: ▓▓▓▓▓▓▓▓▓▓▓▓

---

Job Information
  Announcement number:
  Title/Grade of Position:

Personal Information
  ▓▓▓▓▓▓▓▓▓▓▓▓▓
  ▓▓▓▓▓▓▓▓▓▓▓▓▓
  202-418-8874 (w)

Education
  1) Compliance Officer Orientation Training, Des Moines, Iowa, completed 07/1991.
  2) Federal Law Enforcement Training, Marana, Arizona, completed 05/1992.
  3) Introduction to Supervision, Chicago, Illinois, completed 01/1996.
  4) Supervision & Group Performance, St. Louis, Missouri, completed 09/1996.
  5) Advanced Compliance Officer Training, Omaha, Nebraska, completed 06/1997.
  6) Executive Development Seminar: Leading Change, Denver, Colorado, completed 02/2002.
  7) In-Plant Performance System and Biosecurity Awareness, Des Moines, Iowa, completed 07/2002.
  8) Crime Scene Procedures, FLETC DLP, completed 05/2003.
  9) Criminal Justice System Components, FLETC DLP, completed 05/2003.
  10) Electronic Crime Enforcement Training Program, FLETC DLP, completed 05/2003.
  11) Homeland Security I: Emerging Threats, FLETC DLP, completed 05/2003.
  12) Public Safety Liability, FLETC DLP, completed 05/2003.
  13) Electronic Evidence Handling, FLETC DLP, completed 06/2003.
  14) Homeland Security II: WMD I, WMD Protection Protocols and Characteristics of Biological Weapons, FLETC DLP, completed 06/2003.
  15) Homeland Security III: WMD II, Risk Analysis and

EXHIBIT 21
Page 1 of 6 Pages

Case 1:05-cv-01459-CKK    Document 20-11    Filed 11/21/2006    Page 2 of 6



**Food Safety and Inspection Service, USDA**

**Applicant Resume Detail**

Vacancy Description: Compliance Officer (Deputy Director)

Staging Area ID: SA-FSIS-0001

| Name: ███ | SSN: ███ |
|---|---|

    Chemical Threats, FLETC DLP, completed 06/2003.
16) Homeland Security IV: WMD III, Nuclear/Radiological Threats and Response Protocols, FLETC DLP, completed 06/2003.
17) Homeland Security V: Bombs and Bomb Threat Management, FLETC DLP, completed 06/2003.
18) Homeland Security VI: Domestic Terrorism, FLETC DLP, completed 06/2003.
19) Homeland Security VII: Crisis Management. FLETC DLP, completed 06/2003.
20) Homeland Security VII: Infrastructure and Security Concepts, FLETC DLP, completed 06/2003.
21) ITT Industries Night Vision Familiarization Brief, FLETC DLP, completed 11/2003.
22) Officer Ethics, FLETC DLP, completed 11/2003.
23) Physical Evidence, FLETC DLP, completed 12/2003.
24) Searching Computers and Electronic Evidence, FLETC DLP, completed 12/2003.
25) Assault and Battery, FLETC DLP, completed 01/2004.
26) Mail Fraud, FLETC DLP, completed 01/2004.

Work Experience

1) GS-301/14 Special Assistant in FSIS, OPEER, Washington, D.C., reporting to Mr. Ronald Hicks from August 10, 2003, to present. Among other things, I served as a member of the PEER executive management team, providing input and recommendations on issues that spanned the entire scope of program activities, specifically in getting District Case Studies up and running to the point that success was in the capable hands of the appropriate program Manager.

I also served as a key staff specialist responsible for providing policy analysis on a wide variety of programs, issues, and initiatives, specifically as on the Task Force examining Inspection Strategies where I represented the expertise on food production and distribution in commerce. Additionally for Mr. Van Blargan, Deputy Assistant Administrator, I evaluated the efficacy of FSIS programs in OPEER by creating the first OPEER Activity Report that captured productivity data.

2) GS-1801/13 ADME in FSIS OFO, Des Moines, Iowa, reporting to Dr. Donald Edwards, Director CID, and Dennis Greening from the Des Moines District office. As the

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

Date: 3/11/04

000269

Page:2
EXHIBIT 21
Page 2 of 6 Pages



**Food Safety and Inspection Service, USDA**

**Applicant Resume Detail**

Vacancy Description: Compliance Officer (Deputy Director)

Staging Area ID: SA-FSIS-0001

| Name: | SSN: |
|---|---|

principle enforcement officer in the fifth largest District in FSIS that had the second smallest number of compliance officers, I was responsible to assure effective and uniform implementation of inspection and enforcement policies and procedures. Two examples reinforce that inspection plus enforcement equaled compliance (I + E = C).

The first was a specific example of abilities in a nationwide food regulatory inspection program. In addition to direct involvement with 11 circuit supervisors responsible for operations in 319 federally inspected plants with 447 shifts, I was also responsible for managing inspection operations for 118 custom exempt plants in the designated State of Nebraska. At the close of this assignment, the percentage of firms assigned to risk category 1 in the District was approximately 4%. The percentage in 1997, when responsibility for monitoring custom exempt operations in Nebraska was reassigned to the Des Moines District, it was approximately 10%. The difference of 6% represents a significant amount of resource savings to inspection, compliance, supervisory personnel, and Agency management. From August 1997-2003, 14 firms established a pattern of public health risk by repetitious assignment to risk category 1. Of those 14 firms, five voluntarily closed, two entered into durable consent agreements with FSIS, and the custom exempt privileges were withdrawn from one. The remaining six firms improved their operations to avoid reassignment to risk category 1.

The second is a specific example of abilities in a nationwide food regulatory enforcement program. On August 13, 2002, a representative of the FDA contacted me with vague information she had received from the police department in Sioux City, Iowa. I established contact with the reporting Police Officer and evaluated the information and jurisdiction. Over the next 21 days, I coordinated an investigation of alleged food tampering with representatives of 7 law enforcement agencies including FSIS, State of Iowa (2), Sioux City Police Department, Dakota County Sheriff, FBI, and the USDA OIG. FSIS inspection personnel provided plant data. FSIS compliance officers conducted surveillance and consumer interviews. The State of Iowa Department of Criminal Investigations examined the sewing machine needles, and the State compliance officers interviewed store personnel. The Sioux City Police Department participated in surveillance and identified the suspect. The Dakota County Sheriff served the search and arrest warrants. The USDA OIG obtained the warrants and participated in the surveillance and had the lead in prosecution of the case. The FBI examined the damaged product and needles for biohazards. On September 10th, a United States Attorney issued a criminal complaint against the suspect alleging that the he effected interstate commerce willfully and with intent to cause harm to a business in violation of 18 U.S.C.

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

Date: 3/11/04

000270



EXHIBIT 2
Page 3 of 6 Pages



**Food Safety and Inspection Service, USDA**

**Applicant Resume Detail**

Vacancy Description: Compliance Officer (Deputy Director)

Staging Area ID: SA-FSIS-0001

| Name  | SSN:  |
|---|---|

1365 (a) of the Federal Anti-Tampering Act. By September 29th, the Grand Jury in that jurisdiction indicted the individual (CR 99-4052 DEO). To conclude this case, a jury found the suspect, Marvin Swick, guilty on December 20, 2001, and sentenced Swick on May 2, 2002 to 40 months in prison with restitution. From my knowledge of court proceedings, and through the continued urging the Assistant U.S. Attorney appealed the lenient sentencing. The United States Court of Appeals for the Eighth District vacated the lenient sentence and remanded to the District Court with instructions to impose a sentence within the applicable sentencing guideline range. On September 10, 2003, the individual was re-sentenced in U.S. District court to an additional 21 months in prison.

3) GS-1801/14, Deputy District Manager, FSIS OFO in the Des Moines District office reporting to Dennis Greening, Des Moines District during July and August of 2002. I received a temporary promotion into this position during an extended leave of the assigned Deputy. In addition to my normally assigned duties of the ADME, I assisted the District Manager by handling sensitive issues regarding the alleged sexual harassment of a female plant employee by a FSIS supervisor, and a concomitant workplace violence incident spawned in possible retaliation to the alleged sexual harassment. I handled the issue by getting the support of - or input from - District and Headquarters personnel. I worked with District Resource Management personnel in finding alternatives to work at the location originating the complaint for the accused supervisor. I also coordinated with two Circuit Supervisors (one in the circuit of origin, and one in the alternative work site circuit) conducting inquiries into the matter. I led telephone discussions with plant managers, corporate attorneys, and one of the Circuit Supervisors about providing a safe work environment, and the seriousness with which FSIS considers allegations of harassment.

In coordinating strategies with the FSIS Workplace Violence Coordinator, I detected other incidents of yet unreported attempts of intimidation. I subsequently directed the Circuit Supervisor to assure the completion of FSIS Form 4735-4 for the additional events, and to revisit responsibilities in applying Directive 4735.4 in the field, and understanding Agency policy regarding workplace violence in FSIS Notice 19-02. I also visited with the Employee Relations Specialist, regarding definition of the most effective strategy for dealing with the issues.

4) GS-1801/13, Supervisory Compliance Officer, FSIS, RP, CIP, FOD in Oak Park, Michigan, reporting to David Green who was the Northcentral Area Officer In Charge. In this position and among many other activities, I was the case officer

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.



**Food Safety and Inspection Service, USDA**

**Applicant Resume Detail**

Vacancy Description: Compliance Officer (Deputy Director)

Staging Area ID: SA-FSIS-0001

| Name: | SSN: |
|---|---|

working directly with the Organized Crime and Racketeering section of the U.S. Attorney's office in a jury trial resulting in the conviction of an individual responsible for the sale and transportation of rodent adulterated meat and poultry products. I originated the findings while in a Compliance Officer position in Detroit, Michigan, and completed the case in this supervisory position.

As the supervisor of a sub-area office with personnel and fiscal responsibility for three additional field offices, I effectively planned, managed, and integrated human, financial, and material resources for this work unit as demonstrated by the following. First, we successfully managed to solicit for human resources in staffing (being able to fill vacancies). Second, our financial position was always sound, having managed to generate additional work loads while maintaining current or lower spending levels. Third, while headquarters or area offices largely controlled material resources, my suggestions to acquire or delete materials were accepted as beneficial to the program. I was authorized to use the government purchase credit card due to my demonstrated ability to administer and manage a work unit budget that effectively accomplishes the organization mission.

My supervisor, headquarters managers, and the personnel division accepted recommendations for awards. However regretful to make, recommendations to terminate an employee in the interest of the Program were also accepted and carried out.

5) GS-1801, Compliance Specialist, Washington, D.C., reporting to Richard Van Blargan from February 1995 through September 1995. Among other duties and responsibilities, I served for the Director of CID as an Emergency Response Team member in the Public Health Hazard Analysis System. In this role, I made recommendations regarding recalls based on information provided from the establishment, and inspection and enforcement field personnel.

6) GS-043, Program Analyst, Washington, D.C., reporting to John Campbell in USDA, FSIS, RA, IAD from May 1994 to February 1995. I helped develop a Complaint Report and Tracking System designed to handle issues of Program integrity without allowing any of those issues to slip thorough cracks, or seams in FSIS programs at the time. The system generated time-based reminders and required certain information to be supported by documentary evidence that would conclude - in fact - that the responsible parties had monitored the problems that arose and had implemented effective corrective actions. Duties in this assignment also required me to inform the Branch Chief of my assessment of a problem and to evaluate progress in participants meeting objectives that would result in resolution of the

---

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

Date: 3/11/04        000272        Page:5



EXHIBIT 21
Page 5 of 6 Pages



Food Safety and Inspection Service, USDA

Applicant Resume Detail

Vacancy Description: Compliance Officer (Deputy Director)

Staging Area ID: SA-FSIS-0001

| Name | SSN: |
|---|---|

problem. One example of these duties involved an onsite visit to a poultry-processing facility in Lancaster, Pennsylvania. The plant operator had complained to political representatives that the IIC was acting inappropriately and causing unnecessary down time. Without speaking to the specific improprieties of the situation, suffice it to say that after two days of meetings with both parties, the Area Office and an Associate Deputy Administrator, the matter was permanently resolved.

As an analyst and personnel misconduct investigator in Review and Assessment, activities required being able to deal effectively with EEO and employee/labor management relation's issues including resolving conflicts, dealing with morale and employee concerns, and recommending or taking corrective action when necessary. My abilities were demonstrated by the successful resolution of problems between a group of Food Inspectors and local supervisors in Texas who had complained to the Secretary about work conditions. Through interviews and discussion, with my ability to foster a cooperative working environment, a win-win-win solution was reached.

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.