## WITNESS' AFFIDAVIT

I, Zygmunt E. Sala

am an employee of the U.S. Department of Agriculture

Food Safety and Inspection Service

Office of Program Evaluation, Enforcement, and Review

Compliance and Investigations Division

Located in:

In the capacity of: Director

My telephone number during working hours is: 202-418-8874

I HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations and Department of Agriculture policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against the Department of Agriculture. I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all of my firsthand knowledge having a bearing on the merits of the complaint. My statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations and Department of Agriculture policy. This means that any employee(s) whom I accuse of discrimination or other acts of impropriety may be shown relevant portions of my affidavit and be provided an opportunity to respond for the record. In addition, the complainant and the appropriate Departmental officials involved in the EO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and may make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

Having been advised of the above information about my role as a witness in the investigative process, I solemnly swear__X____affirm_____the statement which follows is true and complete to the best of my knowledge and belief, and addresses the issues and concerns raised by the investigator.

Page 1 of 4 Pages                                                                 Initials: _____

000231                                                                            EXHIBIT _12_
                                                                                  Page _1_ of _4_ Pages

## WITNESS AFFIDAVIT

I, Zygmunt Sala (no prior EEO activity), am Director, Compliance and Investigations Division (CID), Office of Program Evaluation, Enforcement and Review (OPEER), Food Safety and Inspection Service (FSIS), United States Department of Agriculture (USDA). I have been with USDA for 25 years and 2 months, with FSIS for the same period of time and in my current position for 1 year and 6 months. My first level supervisor is Richard Van Blargan, Deputy Assistant Administrator, OPEER, and Ron Hicks, Assistant Administrator, OPEER, is my second level supervisor.

In terms of my working relationship with Mr. Eugene Casole, he is a colleague and works in the Evaluation and Enforcement Division (EED), another division in OPEER. I was aware of another investigation that was conducted regarding a problem with a Consent Order meeting involving Mr. Casole. I was not involved in the Letter of Reprimand which was issued to Mr. Casole and know little regarding the circumstances surrounding the issuance. Approximately 10 months ago Mr. Casole made the following statement in my presence (and several other employees while we were eating lunch) that he did not want to do anything that would adversely affect his pending action. I did not know the exact nature of the action. Subsequently, I was made aware that Mr. Casole filed a previous EEO complaint. I became aware when I was interviewed by the investigator in that complaint. However, I was not named in the complaint.

I was the selecting for the Deputy Director for Compliance and Investigations Division, GS-1801-14, position for which Mr. Casole was a candidate. There was no interview or selection panel for the position. FSIS Directive 4335 Revision I, dated November 11, 2002, Interview Policy (copies of relevant excerpts provided to the EEO Investigator) states in part that, "interviewing is not mandatory...." In accordance with the Directive, I independently reviewed the candidates' applications and based on my review made a selection. Mr. Van Blargan was not involved in the selection process. As my supervisor, I advised him of my selection and he verbally concurred. But, the decision was left up to me as to who would be selected for the job.

The process used in making my selection was as follows: I received two lists of candidates for consideration for the Deputy Director position from Ms. Karen Bridge, Human Resources Specialist (HRS). The first list was a "Promotion Certificate," which listed six candidates who were eligible for promotion, competitively. Mr. Casole was on this list, along with other candidates competing for promotion to the GS-14 grade level. The second list "Noncompetitive Eligibles," listed two employees, one of which was the selectee, Mr. Martin Hickman.

I reviewed the candidate's resumes and responses to questions listed on FSIS' computerized Quick Hire system used by individuals applying for position with FSIS. In

Page 2 of 4 Pages                                                                 Initials: ___

000232                                                                           EXHIBIT b
                                                                                 Page 2 of 4 Pages

this system, job-related questions are asked of applicants and they record their responses to each question into the computerized system. The questions are mostly multiple choices; however, a few require an essay type of response, which are more in-depth. Each applicant also provides a resume. In terms of the questions for the Deputy Director's position provided in the Quick Hire system, they were based on the performance standards for the position and developed in coordination with HR and my office.

I developed my own system for ranking the candidates, which was handwritten chart identifying the essential categories I believe to be needed for the position. Some of the categories were: supervisory experience (Compliance); national projects, and criminal investigations. In total there were nine categories. I then listed the candidates by name and eligibility--Noncompetitive and Competitive. Next, I assigned an alphabetical letter to each candidate based on my review of their resumes and responses on Quick Hire. The alphabetical letter was W (weak); M (moderate) and S (Strong). A copy of the chart was provided to the EEO Investigator in the subject complaint.

The selectee was rated S (strong) in all nine categories and Mr. Casole was rated S (strong) in only two categories. Additionally, Mr. Casole had no supervisory experience in Compliance or Office of Field Operations (OFO) and no experience in managing or supervising criminal investigations. He did, however, have experience in conducting criminal investigations.

On the other hand, the selectee had experience in all of these categories, including experience in categories that Mr. Casole did not. There was no doubt that Mr. Hickman had far more experience than Mr. Casole or any of the other candidates. Mr. Casole's previous EEO activity had nothing to do with my decision not to select him for the Deputy Director position. He simply did not have the depth of experience that Mr. Hickman had in terms of what I believe were the essential requirements needed for the position.

Page 3 of 4 Pages                                        Initials: _____

000233                                                         EXHIBIT 12
                                                        Page 3 of 4 Pages

I have reviewed this statement, which consists of __4__ pages, and hereby solemnly swear __X__ affirm ____ that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_____   09/23/2004
(Signature of Affiant)                               (Date)


Signed before me at (City and State)_____

on this _____ day of _____, 2004


_____
(Signature of Investigator/Witness)


Page 4 of 4 Pages