EXHIBIT 22
Page 1 of 1
000274

| | Supervisory Experience (Compliance) | OFO/National Projects | | Managing Supervisory Criminal/other Investigations | Conducting Criminal/other Investigns | Org. unit Budget/pers Admin/pers Actions Super | Prior Courtroom/ Experience Grand Jury |
|---|---|---|---|---|---|---|---|
| Non Competitive | | | | | | | |
| Benedict 16.3 | W | W | S | W | M (new meat) | W | S |
| Hectman " | S | S | S | S | S | S | S |
| Competitive | | | | | | | |
| Bobea 45 | S | W | S | M | M | W | W |
| Barsch 14 | W | W | S | W | S | W | S |
| Casdle 1 | W | W | S | W | S | W | W |
| Miller 29 5 | W | S | S | M (HQ Court) | S | W | S |
| Ogundipe " | W | W | S | M (HQ Court) | W | M (HQ) | S |
| Zamora 163 | S | W | S | M (Regional) | S | M (Regional) | W |
| | | | | | | | S |

W = Weak
M = Moderate
S = Strong