**UNITED STATES DEPARTMENT OF AGRICULTURE**

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

NRF Issued via: ☒ Certified Mail/No.:7002 0860 0008 6244 3190; ☐ Hand Delivered; or ☐ Other

FSIS Case Number: FSIS-03334-2004

| 1. Name: (First) (MI) (Last) | | |
|---|---|---|
| Mr. Eugene Casole | ☒ USDA Employee | ☐ USDA Applicant | ☐ Former USDA Employee |

2. Address:
(Street) ▓▓▓▓▓▓
(City, St. Zip): ▓▓▓▓▓▓

3. Telephone Numbers:
WORK: (202) 418-8870
HOME: ▓▓▓▓▓▓

4. Name Of Agency Which You Believe Discriminated Against You

USDA Food Safety and Inspection Service, 1400 Independence Ave., S. W. JL Whitten Bldg., Washington, DC 20250

**5-A. Basis of Discrimination** (Check)

- ☐ Age DOB:
- ☐ Color
- ☒ Reprisal
- ☐ Religion:
- ☐ Disability:
- ☒ Sex: Male
- ☐ EPA:
- ☐ National Origin:
- ☐ Race:
- ☐ Executive Orders:

**5-B Statutes:**

- ☒ Title VII
- ☐ Age Discrimination Employment Act
- ☐ Rehabilitation Act
- ☐ Equal Pay Act

**6. Issues(s)** (Enter date-provide any details on reverse of form.) * See Complaint and attachments

- ☐ Appointment/Hire
- ☐ Assignment of Duties
- ☐ Awards
- ☒ Disciplinary Action: Suspension
- ☐ Duty Hours
- ☐ Evaluation/Appraisal
- ☐ Examination/Test
- ☐ Harassment
- ☒ MISC: See page 47 of Complaint
- ☐ Medical Examination
- ☐ Pay-Including Overtime
- ☐ Promotion/Non Selection
- ☐ Reasonable Accommodation
- ☐ Reassignment:
- ☐ Reinstatement
- ☐ Retirement
- ☐ Termination
- ☐ Terms/Conditions of Employment
- ☐ Time and Attendance
- ☐ Training
- ☐ Complaint Process
- ☐ Conversion to Full Time

**7. Representative, if applicable.**

Name: Phone No.: (202) 785-8400
Address: (Street, City, State, Zip)

Attorney: Mr. Steven J. Silverberg
1819 L. Street, NW, Suite 700
Washington, D.C. 20036

8. Name of Counselor: Victor Betancur, Counselor/Mediator  /s/ Victor J. Betancur

EXHIBIT 2

9. Requested Remedy: Remove suspension action and expunge record

Page 1 of 94 Pages

Complainant Signature: /s/ Eugene Casole

Date: 01/05/05

Form 1084

000075

rec'd 1/5/05 DDW