# WITNESS' AFFIDAVIT

am an employee of the U.S. Department of Agriculture

(Agency) FSIS OPEER.

(Office) Philadelphia, PA

(Division)

Located in:

In the capacity of:

My telephone number during working hours is:

I HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations and Department of Agriculture policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation to a complaint of discrimination against the Department of Agriculture. I must provide a statement for investigative report which is true and complete to the best of my knowledge and which discloses all my firsthand knowledge having a bearing on the merits of the complaint. My statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations and Department of Agriculture policy. This means that any employee(s) whom I accuse of discrimination or other acts of impropriety may be shown relevant portions of my affidavit and be provided an opportunity to respond for the record. In addition, the complainant and the appropriate Departmental officials involved in the EO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and may make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

Having been advised of the above information about my role as a witness in the investigative process, I solemnly swear_____ affirm ✓____ the statement which follows is true and complete to the best of my knowledge and belief, and addresses the issues and concerns raised by the investigator.

Page 1 of 3 Pages                                                          Initials: [signature]

- 000124                                                          EXHIBIT 15
                                                                  Page 1 of 3 Pages

## WITNESS'S AFFIDAVIT

I am a Supervisory Compliance Officer, with the USDA, FSIS, Program Evaluation, Enforcement and Review (PEER), Compliance Investigations Division in Philadelphia, Pennsylvania District Office. I have been with USDA for 30 plus years and with FSIS for the same period of time. My first line supervisor is Larry Horter, Regional Manager, Philadelphia, PA. Prior to Mr. Horter, Mr. John Sworen was my supervisor. He was my supervisor during the incident at issue– Mr. Eugene Casole's (Compliance Officer, OPEER, Washington, DC) presentation at the Salem Packaging Company Consent Order Meeting held on May 21, 2003. I was not aware that Mr. Casole had filed a previous EEO complaint until I was advised by the EEO Investigator investigating this particular complaint regarding the issuance of a Letter of Reprimand to Mr. Casole.

Basically, a Consent Order meeting is held at the establishment after the Order is agreed to and signed by Company officials. This meeting is held to discuss with management of the company the stipulations of the Order that they signed in order to bring them in compliance with the FMIA. I was asked to attend this meeting by RIM John Sworen.

Mr. Casole took the lead at the meeting and presented the Consent Order to plant officials. I don't remember his exact statements during the meeting; however, he did say something to the effect of the lack of education of plant management and that Mr. Anthony Bonaccurso should move to Florida–referring to his age.

When I returned to the office I discussed the meeting and Mr. Casole's statement with Mr. James Borda, another FSIS employee who attended the Salem Packaging Company Consent Order meeting. I stated to Mr. Borda that I felt that the way Mr. Casole handled the meeting was probably not the best way. I personally felt uncomfortable about how the meeting was handled and shared this with my then supervisor, James Sworen. I brought this matter to management's attention because I did not believe that this was the way USDA wanted to be represented. I had no idea that it would result in disciplinary action being taken against Mr. Casole. Mr. Wayne Bossler asked me for a statement regarding the matter and I provided it to him. This incident took place some time ago and I refer the investigator and any other appropriate party to that statement for a more detail and accurate account of what transpired at the meeting.

In response to the investigator's question as to whether or not Mr. Anthony Bonaccurso cursed at the meeting when referencing an inspector, I do recall some comments; however, I don't recall the specifics.

Page 2 of 3 Pages                                    Initials: _____

000125

EXHIBIT 15
Page 2 of 3 Pages

I have reviewed this statement, which consists of _3_ pages, and hereby solemnly swear_____ affirm _✓_ that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not b held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_____     _5/3/04_____
(Signature of Affiant)                               (Date)

Signed before me at (City and State)_____

on this _____ day of February 13, 2004

_____
(Signature of Investigator/Witness)

Page 3 of 3 Pages

000126          EXHIBIT 15
                Page 3 of 3 Pages