# WITNESS' AFFIDAVIT

Marcelle Castillo

am an employee of the U.S. Department of Agriculture

(Agency)   Food Safety and Inspection Service

(Office)

(Division)   Labor and Employee Relations Division

Located in:

In the capacity of:   Employee Relations Specialist

My telephone number during working hours is:   (202) 720-0049

I HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations and Department of Agriculture policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against the Department of Agriculture. I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all my firsthand knowledge having a bearing on the merits of the complaint. My statement is provided er oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations and Department of Agriculture policy. This means that any employee(s) whom I accuse of discrimination or other acts of impropriety may be shown relevant portions of my affidavit and be provided an opportunity to respond for the record. In addition, the complainant and the appropriate Departmental officials involved in the EO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and may make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

Having been advised of the above information about my role as a witness in the investigative process, I solemnly swear_____ affirm __X__ the statement which follows is true and complete to the best of my knowledge and belief, and addresses the issues and concerns raised by the investigator.

Page 1 of 3 Pages                                    Initials: _MC_

000133                                    EXHIBIT 19
                                          Page 1 of 3 Pages

## WITNESS AFFIDAVIT

I am a Senior Employee Relations Specialist, in the Office of labor and Employee Relations Division (LERD), Employee Relations Branch. I have been in my current position since October 2002. My first line supervisor is Kristie Kelm, Branch Chief, LERD and my second line supervisor is Robinn Reed, Director, LERD.

I was not aware of Mr. Casole previous EEO activity nor do I have prior EEO activity (filed EEO complaint against USDA). I have no working relationship with Mr. Casole. I have never met him or spoken with him on the telephone.

As an Employee Relations Specialist (ERS), my primary responsibility is ~~in~~ to propose disciplinary actions based on the evidence in the file; conduct oral conferences, and draft decision letters for the deciding official. The normal practice is for the district/office to send the appropriate information to LERD. The case is then assigned to an ERS and that individual makes a decision if disciplinary action is warranted. If so, the ERS prepares and signs the action—then forwards the action to the employee through the management official of the respective office/district.

In the subject complaint, the case was assigned to me by my supervisor, Ms. Kelm. I reviewed the accusation and determined that a Letter of Reprimand would be the appropriate form of discipline.

I was the deciding official in this matter. Additionally, The Letter of Reprimand was dated June 26, 2003, addressed to Mr. Casole forwarded through Mr. Scott Safian, Director, Evaluation and Enforcement Division and signed by me. The regulations, guidelines and policies used in reaching my decision were: FSIS EEO Policy Statement; USDA's Standards of Ethnical Conduct, Section 2635 – Basic Obligation for Public Services; and FSIS Directive 4735 – Employee Responsibilities and Conduct. The applicable sections of the previously mentioned guidelines and policies were cited in the Letter of Reprimand.

Mr. Casole's previous EEO activity was not a factor in my decision to recommend that he be given a Letter of Reprimand based on his improper conduct.

Page 2 of 3 Pages                                         Initials: MC

000134

EXHIBIT 18
Page 2 of 3 Pages

I have reviewed this statement, which consists of one (1) page, and hereby solemnly swear\_\_\_\_ affirm \_X\_\_ that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not b held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

*Mardelle Castillo*      04/06/04
(Signature of Affiant)     (Date)

ned before me at (City and State)_____

on this \_\_\_\_ day of February 13, 2004

_____
(Signature of Investigator/Witness)

Page 3 of 3 Pages

000135

EXHIBIT 13
Page 3 of 3 Pages