

United States Department of Agriculture

Food Safety and Inspection Service

Office of Management – Labor and Employee Relations Division
14th and Independence Ave. SW
Room 3175-S
Washington, DC 20250
202-720-5657

FOR OFFICIAL USE ONLY                                June 26, 2003

TO:      Eugene Casole
         Evaluation and Enforcement Division
         Program Evaluation, Enforcement & Review
         USDA, Food Safety & Inspection Service
         Washington, D.C.

THROUGH: Scott C. Safian, Director
         Evaluation and Enforcement Division
         USDA, Food Safety & Inspection Service
         Washington, D.C.

This will serve as an Official Reprimand based on the following:

**REASON: IMPROPER CONDUCT**

**SPECIFICATION 1:**

On May 21, 2003 during a meeting with Salem Packing Company plant management officials, and FSIS personnel, you told Tony Bonaccurso, a member of plant management, that when you were an inspector you shut down his cousin's establishment. You also made the comment that it was common knowledge that packing plant personnel may not have the education or ability to understand or prepare the required written documents needed to comply with the requirements of the Consent Order.

During the same meeting, while assault, intimidation, and interference with inspection personnel were being discussed, you directed your focus and comment toward Tony Bonaccurso, saying that Tony had a problem with this in the past. You also made a statement to Tony Bonaccurso, to the effect of, at your age you should not even be here, you should be in Florida.

**BACKGROUND:**

You attended and presented at a Consent Order meeting at Salem Packing Company, Inc. on May 21, 2003 during which you made remarks that may have been construed as offensive, unprofessional and inappropriate to some of the meeting attendees. You are a Compliance Specialist (Enforcement), GS-1801-13, assigned to Washington, D.C. and you have been employed with the Agency since July 19, 1986. Compliance Specialists operate with a certain level of independence. The Agency is dependent on these positions to ensure that plants are

000160

EXHIBIT 21
Page of Pages

adhering to regulatory requirements and that FSIS employees are supervised and cared for properly. Subsequently, these positions must be able to function effectively with little direct oversight.

Offensive and discriminatory remarks cannot and will not be tolerated. Conduct such as that described above is contrary to the expectations of USDA, Food Safety and Inspection Service (FSIS) representatives. It is especially so since unprofessional comments are potentially offensive and only serve to create an adverse image of the FSIS, USDA, and the Federal government since you are a Federal employee.

I considered that given your length of service with the Agency you should have known that your conduct was improper. Your actions may have impaired the confidence of the public in the integrity of yourself, FSIS, and USDA. As a compliance officer, you are held to a high standard since you must assist in maintaining the proper conduct of those who work with you. Foremost, by treating them with dignity and respect, and by leading by example.

The FSIS Equal Employment Opportunity Policy Statement states, in part:

> The Agency will not tolerate discriminatory actions in the workplace. It is imperative that employees uphold this policy, regardless of personal opinions. Doing less is unacceptable and impedes the attainment of our vision to be "an employer of choice."

Your actions strike at the very core of the Agency policy and expectations of employee conduct. As an employee and a supervisor of this Agency, you are responsible for adhering to these basic principles. You are implored to exercise care in future interactions with agency personnel or as in this case, the public, and to avoid making remarks that may be viewed by others as offensive or discriminatory.

**The Standards of Ethical Conduct for Employees of the Executive Branch, Subpart A – General Provisions, #2635.101 Basic obligation of public service, states:**

"(a) Public service is a public trust. Each employee has a responsibility to the United States Government and its citizens to place loyalty to the Constitution, laws and ethical principles above private gain. To ensure that every citizen can have complete confidence in the integrity of the Federal Government, each employee shall respect and adhere to the principles of ethical conduct set forth in this section, as well as the implementing standards contained in this part and in supplemental agency regulations.

(b) General principles. The following general principles apply to every employee and may form the basis for the standards contained in this part. Where a situation is not covered by the standards set forth in this part, employees shall apply the principles set forth in this section in determining whether their conduct is proper.

    (1) Public service is a public trust, requiring employees to place loyalty to the Constitution, the laws and ethical principles above private gain.

(7) Employees shall not use public office for private gain...

(12) Employees shall satisfy in good faith their obligations as citizens, including all just financial obligations...

(14) Employees shall endeavor to avoid any actions creating the appearance that they are violating the law or the ethical standards set forth in this part. Whether particular circumstances create an appearance that the law or these standards have been violated shall be determined from the perspective of a reasonable person with knowledge of the relevant facts."

FSIS Directive 4735.3, Employee Responsibilities and Conduct, contains Agency policy regarding conduct standards of Agency employees. Part Two, Misconduct and Discipline, Subpart 1, Section A states:

"The maintenance of unusually high standards of honesty, integrity, impartiality, and conduct by Government employees...is essential to assure the proper performance of the Government business and the maintenance of confidence by citizens in their Government. The confidence of citizens in their Government is influenced not only by the manner in which employees serve the public, but also in the way they conduct themselves in the eyes of the public. The avoidance of misconduct...on the part of Government employees...is indispensable to the maintenance of these standards."

Letters of reprimand will be maintained in the employee's OPF for a period of not to exceed two (2) years.

## RIGHTS:

You have the right to (1) file a grievance or (2) file a discrimination complaint concerning this decision.

If you choose to file a grievance, you must do so under the Administrative Grievance System procedure set forth in FSIS Directive 4771.1. You should address your grievance to:

Administrator, Food Safety and Inspection Service
Attention: Director, Labor and Employee Relations Division
USDA, FSIS, LERD
1400 Independence Ave S.W., Room 3175-S
Washington, DC 20250

To be considered, your grievance must (1) be in writing, (2) set forth specifically the reasons for your grievance, and (3) be submitted at any time after your receipt of this decision, but no later than fifteen (15) calendar days after the effective date of this action.

You have the right to be represented and advised by a representative of your own choosing in presenting your grievance, or you may represent yourself. You and your representative, if otherwise in active duty status, will be allowed a reasonable amount of official time to present your grievance.

If you believe this action was based on discrimination because of race, color, religion, sex, age, national origin, marital status, or physical/mental disability, you may file a complaint of discrimination through the USDA's discrimination complaint process.

Should you decide to file a complaint, you must contact the Agency's Civil Rights Division, at 800-269-6912, within **forty-five (45) calendar days** of the effective date of this action. They will assign a counselor who will attempt to resolve the complaint and/or give notice of how to file a formal complaint.

Any questions concerning the contents of this letter, your rights, or the procedures involved, should be directed to me at the above letterhead address and telephone number.

Sincerely,

*Marcelle Castillo*
Marcelle Castillo
Senior Employee Relations Specialist
Employee Relations Branch

cc: Scott C. Safian, Director, Evaluation and Enforcement Division
Robinn A. Reed, Branch Chief, Employee Relations
Kristie D. Kelm, Supervisory Employee Relations Specialist
Representative Copy
Receipt Acknowledgement Copy
File Copy

EXHIBIT 21
Page 4 of 4 Pages

I received the original of this notice on _____.
Date
Signature of Employee _____
Signature of Witness: Scott C S/r  7/16/03
x Wayne N Bossler  7-16-03

Bossler and I met with Mr. Casole on 7/16/03. I informed him of issue and provided him the letter and his copy. He declined to sign the document. I advised him I would sign + give to CERO.

000163