## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **EUGENE CASOLE** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:05CV01459 (CKK)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MIKE JOHANNS, Secretary,** | ) | |
| **United States Department of Agriculture** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF
TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO
DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT,
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, Eugene Casole, by and through his attorney, Steven J.

Silverberg, and hereby moves, pursuant to Federal Rules of Civil Procedure 6(b) and 7(b),

and LCvR 7 of the United States District Court for the District of Columbia, for an

enlargement of time for Plaintiff to file his Opposition to Defendant's Motion to Dismiss

Plaintiff's Third Amended Complaint, or, in the Alternative, for Summary Judgment

(Defendant's "Motion to Dismiss").

1.      Defendant filed its Motion to Dismiss on November 21, 2006.  Thus,

Plaintiff's Opposition is due on or before December 5, 2006.  Defendant's response to

Plaintiff's Third Amended Complaint for Employment Discrimination was originally due

on or before October 23, 2006. However, Plaintiff consented to Defendant's Motion for an Extension of Time that was granted by this Court so that Defendant's response became due on or before November 21, 2006.

2.      Attorney for Plaintiff needs additional time to file Plaintiff's Opposition for several reasons. Attorney for Plaintiff has an extremely busy work schedule the next month, particularly the next week. Attorney for Plaintiff has to file an amended complaint in another matter in this Court by Thursday, November 30, 2006. He also has to file a Statement of Affirmative Defenses in a case before the Merit Systems Protection Board ("MSPB") by Monday, December 4, 2006. He also has discovery responses due in that matter before the MSPB and discovery responses due in another matter before the Equal Employment Opportunity Commission ("EEOC") within the next week. On Monday, December 4, 2006, Attorney for Plaintiff has a hearing in another matter before the MSPB, and on Thursday, December 7, he is presenting an oral reply to a proposed removal of a federal employee. Attorney for Plaintiff also expects to conduct a number of depositions in the next few weeks in EEOC and MSPB matters. He also has four appellate briefs due before the EEOC's Office of Federal Operations by December 22, 2006, and a pre-hearing statement due before the MSPB on January 2, 2007.

3.      Attorney for Plaintiff will also be busy during Christmas week, 2006, as his 15 year-old son, who lives in a therapeutic boarding school in South Carolina, is scheduled to come home that week for the first time in over a year. This is an extremely

important time for Mr. Silverberg and his family as it is crucial to Mr. Silverberg's son's progress that Mr. Silverberg spend a lot of time with his son and that the visit goes well.

4.    Given Attorney for Plaintiff's very busy schedule, and also because Defendant's Motion to Dismiss is a very complex Motion which is 30 pages long (plus a nine-page Statement of Material Facts Not in Dispute), Attorney for Plaintiff needs additional time to file Plaintiff's Opposition.  Attorney for Plaintiff is therefore requesting an approximate one month extension of time so that Plaintiff's Opposition will be due on or before January 5, 2007.

5.    Pursuant to LCvR 7(m), Attorney for Plaintiff has contacted Attorney for Defendant and he consents to this Motion.

WHEREFORE, Plaintiff prays that the time for him to file his Opposition to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint, or in the Alternative, for Summary Judgment, be extended until January 5, 2007.

November 30, 2006                    Respectfully submitted,

                                     /s/
                                     _____
                                     Steven J. Silverberg
                                     Attorney for Plaintiff
                                     1819 L Street N.W.
                                     Suite 700
                                     Washington, D.C. 20036
                                     Tel: (202) 785-8499
                                     Fax: (202) 785-8470

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EUGENE CASOLE | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05CV01459 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| United States Department of Agriculture | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

1.      Federal Rules of Civil Procedure 6(b) and 7(b).

2.      LCvR 7 of the United States District Court for the District of Columbia.

3.      The inherent power of this Court.

4.      The record herein.

Respectfully submitted,

/s/

_____

Steven J. Silverberg
Attorney for Plaintiff
1819 L Street N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EUGENE CASOLE** | ) |
| | ) |
| **Plaintiff,** | ) **Case No. 1:05CV01459 (CKK)** |
| | ) |
| **v.** | ) |
| | ) |
| **MIKE JOHANNS, Secretary,** | ) |
| **United States Department of Agriculture** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

This matter having come before the Court on Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint, or, in the Alternative, for Summary Judgment, it is by the United States District Court for the District of Columbia, on this _____ day of _____, 2006,

ORDERED, that the aforesaid Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint, or, in the Alternative, for Summary Judgment, be and is hereby GRANTED; and it is

FURTHER ORDERED, that Plaintiff shall file his Opposition on or before

January 5, 2007.

_____
Colleen Kollar-Kotelly
United States District Judge

cc: Counsel of Record via ECF