UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EUGENE CASOLE | ) |
| Plaintiff, | ) Case No. 1:05CV01459 (CKK) |
| v. | ) |
| MIKE JOHANNS, Secretary, United States Department of Agriculture | ) |
| Defendant. | ) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF
TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO
DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT,
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, Eugene Casole, by and through his attorney, Steven J. Silverberg, and hereby moves, pursuant to Federal Rules of Civil Procedure 6(b) and 7(b), and LCvR 7 of the United States District Court for the District of Columbia, for an enlargement of time for Plaintiff to file his Opposition to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint, or, in the Alternative, for Summary Judgment (Defendant's "Motion to Dismiss").

1.       Defendant filed its Motion to Dismiss on November 21, 2006.  Pursuant to Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Defendant's Motion to Dismiss, this Court extended the time for Plaintiff to file his Opposition to Defendant's Motion to Dismiss until and including January 5, 2007.

2.       Attorney for Plaintiff needs additional time to file Plaintiff's Opposition for

several reasons. Primarily, Attorney for Plaintiff's uncle, Edwin Silverberg, passed away in Brooklyn, New York on December 22, 2006. Edwin Silverberg was the youngest sibling of Attorney for Plaintiff's father, and as Edwin was a widower and had no children, Attorney for Plaintiff was the only surviving family member able to take care of the funeral arrangements and other related matters in New York. Attorney for Plaintiff could not travel to New York until December 28, 2006 as his 15 year-old son, who lives in a therapeutic boarding school in South Carolina, came home for the first time in over a year. Attorney for Plaintiff's son was home from December 22, through December 27, 2006, and Attorney for Plaintiff could not do much work during that time, as it was crucial to Attorney for Plaintiff's son's progress that Attorney for Plaintiff spent a lot of time with his son. Attorney for Plaintiff was in New York from December 28th through December 31st, and he originally thought before his uncle passed away that he (Attorney for Plaintiff) would be working on Plaintiff's Opposition those days.

    3.    Attorney for Plaintiff's has an extremely busy work schedule the next month. he currently has three briefs due before the Equal Employment Opportunity Commission (EEOC) Office of Federal Operations; a written closing argument due before the Merit Systems Protection Board; he is taking four depositions in an EEOC matter; he is presenting an oral reply to a proposed removal of a federal employee, has an Initial Scheduling Conference in this Court in another matter on January 5, 2007 (the date Plaintiff's Opposition is due), and has other matters pending.

4. Given Attorney for Plaintiff's very busy schedule, and also because Defendant's Motion to Dismiss is a very complex Motion which is 30 pages long (plus a nine-page Statement of Material Facts Not in Dispute), Attorney for Plaintiff needs additional time to file Plaintiff's Opposition. (This case is very complex as it actually consists of several administrative discrimination complaints). Attorney for Plaintiff is therefore requesting a 30-day extension of time so that Plaintiff's Opposition will be due on or before February 5, 2007. This is Plaintiff's second request for an enlargement of time to file his Opposition.

5. Pursuant to LCvR 7(m), Attorney for Plaintiff has contacted Attorney for Defendant and he consents to this Motion.

WHEREFORE, Plaintiff prays that the time for him to file his Opposition to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint, or in the Alternative, for Summary Judgment, be extended until February 5, 2007.

January 4, 2007                                  Respectfully submitted,

                                                 ___/s/_____
                                                 Steven J. Silverberg
                                                 Attorney for Plaintiff
                                                 1819 L Street N.W.
                                                 Suite 700
                                                 Washington, D.C. 20036
                                                 Tel: (202) 785-8499
                                                 Fax: (202) 785-8470

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EUGENE CASOLE** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05CV01459 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| **MIKE JOHANNS, Secretary,** | ) | |
| **United States Department of Agriculture** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF
TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO
DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT,
<u>OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT</u>**

1. Federal Rules of Civil Procedure 6(b) and 7(b).

2. LCvR 7 of the United States District Court for the District of Columbia.

3. The inherent power of this Court.

4. The record herein.

                                                        Respectfully submitted,

                                                        /s/

                                                        _____
                                                        Steven J. Silverberg
                                                       Attorney for Plaintiff
                                                       1819 L Street N.W., Suite 700
                                                       Washington, D.C. 20036
                                                       Tel: (202) 785-8499
                                                       Fax: (202) 785-8470

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EUGENE CASOLE** ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05CV01459 (CKK) |
| ) | |
| v. ) | |
| ) | |
| **MIKE JOHANNS, Secretary,** ) | |
| **United States Department of Agriculture** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

This matter having come before the Court on Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint, or, in the Alternative, for Summary Judgment, it is by the United States District Court for the District of Columbia, on this _____ day of _____, 2007,

ORDERED, that the aforesaid Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint, or, in the Alternative, for Summary Judgment, be and is hereby GRANTED; and it is

FURTHER ORDERED, that Plaintiff shall file his Opposition on or before February 5, 2007.

_____
Colleen Kollar-Kotelly
United States District Judge

cc: Counsel of Record via ECF