UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EUGENE CASOLE ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05CV01459 (CKK) |
| ) | |
| v. ) | |
| ) | |
| MIKE JOHANNS, Secretary, ) | |
| United States Department of Agriculture ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter having come before the Court on Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint, or, in the Alternative, for Summary Judgment, it is by the United States District Court for the District of Columbia, on this 7th day of Jan., 2007,

ORDERED, that the aforesaid Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint, or, in the Alternative, for Summary Judgment, be and is hereby GRANTED; and it is

FURTHER ORDERED, that Plaintiff shall file his Opposition on or before February 5, 2007.

_____
Colleen Kollar-Kotelly
United States District Judge

cc: Counsel of Record via ECF