Case 1:05-cv-01459-CKK    Document 25-3    Filed 02/05/2007    Page 1 of 1

# LIST OF PLAINTIFF'S EXHIBITS

A. Plaintiff's Verification of Third Amended Complaint, February 1, 2007.

B. Plaintiff's Rule 56(f) Affidavit, February 5, 2007.

C. Affidavit of Valerie Neris, April 20, 2004.

D. Affidavit of Hussain Magsi, May 24, 2004.

E. Affidavit of Donald Smart, October 25, 2004.

F. Affidavit of Teri Gaudreau, November 1, 2005.

G. Affidavit of Wayne Bossler, April 29, 2004.