*Exhibit A*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUGENE CASOLE,                           )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )   Civil Action No. 05-1459(CKK)
                                         )
MIKE JOHANNS, Secretary,                 )
United States Department of Agriculture, )
                                         )
        Defendant.                       )
                                         )

## VERIFICATION OF THIRD AMENDED COMPLAINT

I, Eugene Casole, have read the Third Amended Complaint For Employment Discrimination in this matter, and verify under penalty of perjury that the facts alleged are true to the best of my knowledge and belief. Executed this ___1st___ day of February, 2007.

_____
Eugene Casole