*Exhibit  C*

## WITNESS AFFIDAVIT

I am a Compliance Specialist, GS-12, in the Office of Program Evaluation, Enforcement and Review (OPEER). As a Compliance Specialist, my primary responsibility is to review reports prepared by the field office regarding alleged violations by Plant Managers to FSIS-administered statutes. In such cases, the Office of General Counsel (OGC) provides the legal advice in structuring *and enforcing criminal, civil and administrative sanctions such as prosecution, injunctions and consent orders* in an attempt to bring the Plant *alleged violators* in compliance. I coordinate with the OGC in these matters. I conduct consent order meetings with Plant officials and members of FSIS to ensure that all the parties understand the stipulations involved in the Consent Order and what is expected in order for *from* the Plant to be in compliance, retain their inspection rights and stay in operation.

My first line supervisor is Wayne Bossler, Program Manager, OPEER, and my second line supervisor is Mr. Scott Safian, Director, OPEER.

I have been with the United States Department of Agriculture (USDA) for 5 years and with Food Safety and Inspection Service (FSIS) for the same period of time. I have been in my current position for approximately 2 years. I have no prior EEO activity and Mr. Eugene Casole and I are co-workers. I was not aware that Mr. Casole filed a previous complaint.

I, along with other FSIS staff members from Washington and Philadelphia, attended the Consent Order meeting with Salem Packing Company *which is the subject of this inquiry* on or about May 21, 2003. Mr. Casole conducted the meeting. At the time, I was a trainee and Mr. Safian and Mr. Bossler wanted me to attend as part of a learning process so that I could see *participate in conducting the consent order meeting* how a Consent Order meeting was conducted, which would be helpful to me when I begin *began* to conduct such meetings.

To the best of my recollection, the meeting went well and was conducted in a professional manner. I do not recall Mr. Casole making any statements that were inappropriate or unprofessional.

*A couple of weeks* after returning to Washington, Mr. Bossler asked me to give him a statement regarding what transpired at the meeting and I did. I did not complain to management or anyone else about Mr. Casole making comments at the Consent Order meeting that were unprofessional, improper or inappropriate. Mr. Casole did approached me and asked if I felt that he had said *or done* anything improper at the Salem Packing Company Consent Order meeting and to which I responded, no.

Page 2 of 3 Pages

Initials: _____

EXHIBIT 1C
Page 2 of 3 Pages

I have reviewed this statement, which consists of ___3___ pages, and hereby solemnly swear_____ affirm __X__ that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not b held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_____
(Signature of Affiant)

04/20/04
_____
(Date)

Signed before me at (City and State) _Washington DC_

on this _20_ day of _April_, 2004

_____
(Signature of Investigator/Witness)

Page 3 of 3 Pages

000129

EXHIBIT 16
Page 3 of 3 Pages