*Exhibit D*

## WITNESS'S AFFIDAVIT

I am currently a Circuit Supervisor, for Vineland, New Jersey, Philadelphia District. I have been with the United States Department of Agriculture (USDA) for 32 years and started as a Veterinarian Medical Officer. I have been with the Food Safety and Inspection Service (FSIS) since October 1973.

My first line supervisor is James Borda, Deputy District Manager, Philadelphia District Office, Office of Field Operations (OFO) and Mr. Jan Behney, District Manager is my second in supervisor.

I was not aware of Mr. Casole's previous complaint nor was I aware of the current complaint which is the subject of this investigation. Additionally, I was unaware that he was issued a letter of reprimand for allegedly making inappropriate comments at the Salem Packing Company, Inc., Consent Order meeting which I attended in May 2003, along with other FSIS and Salem personnel.

This meeting took place over a year ago and I don't recall the specific details; however, Mr. Casole led the meeting and explained to all the parties the conditions and stipulations of the Consent Order. He also answered questions and those that he could not answer, he promised to get the answer and get back to plant officials.

I thought the meeting was conducted very professionally. Mr. Casole was very candid and to the point. After the meeting, I congratulated him on during a good job. I don't recall any comments that he made during the meeting that were unprofessional or inappropriate.

Page 2 of 3 Pages

Initials: _____

000257

Exhibit 34
Page 2 of 3 pages

I have reviewed this statement, which consists of __3__ pages, and hereby solemnly swear_____ affirm_____ that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_[signature]_       5/24/04
(Signature of Affiant)      (Date)
( HUSSAIN MAGSI )

Signed before me at (City and State) _Muhammad Masood._
on this __24__ day of __MAY__, 2004    VINELAND. N.J.

_____
(Signature of Investigator/Witness)

Page 3 of 3 Pages

000258

Exhibit __34__
Page __3__ of __3__ pages