*Exhibit E*

## WITNESS AFFIDAVIT

Donald Smart (no prior EEO activity), Director, Program Review Staff, Omaha, Nebraska. I have been with USDA for 31 1/2 years and with FSIS for 31 1/2 years. My supervisors are Richard Van Blargan, Deputy Assistant Administrator, Office of Program Evaluation, Enforcement and Review (OPEER), and Ronald Hicks, Assistant Administrator, OPEER.

This affidavit is in response to the Investigator's questions regarding the detail of Mr. Eugene Casole to my office for approximately one month, February – March 2004.

I am not sure of the date; however, Messrs. Van Blargan and Hicks called and informed me that they wanted to detail Mr. Casole to my office and asked if I could accommodate him (Casole) for a period of time. I responded, yes. Messrs. Van Blargan and Hicks did not tell me the reason for the detail and I did not ask. Shortly, after Mr. Casole reported to my office for the detail, he shared with me "his side of the story." Basically I just listened to Mr. Casole. I was not aware of Mr. Casole's prior EEO activity or the reasons for the detail until after Mr. Casole came to Omaha. I was not involved in the decision to detail him to my office and did not want to get involved. My only role was to supervise Mr. Casole while he was here and to assign meaningful work assignments for him to do while on the detail. For the period of time that he was detailed to my office, he became one of my employees and was treated as such.

Mr. Casole was assigned to work on two key initiatives that my staff was working on-- State Compliance Review Manual and the Management Controls for Review Staff Manual. He was provided all the essential materials and information to assist him in reviewing, updating and developing the Manuals. In assigning Mr. Casole these projects, I took into account his background as a Staff/Compliance Officer and felt that his experience and input would be beneficial to the projects. I was not required nor did I provide an evaluation of his efforts. Mr. Casole also attended and participated in staff meetings where topics pertaining to office initiatives were discussed.

Page 2 of 3 Pages                                                            Initials: /s/ 10/25/04

000236                                                                         EXHIBIT 13
                                                                                Page 2 of 3 Pages

I have reviewed this statement, which consists of __3__ pages, and hereby solemnly swear __X__ affirm_____ that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_____    __10/25/04_____
(Signature of Affiant)           (Date)

Signed before me at (City and State) __Omaha, NE__

on this __25th__ day of __October__, 2004

_____
(Signature of Investigator/Witness)

Page 3 of 3 Pages

000237

EXHIBIT 13
Page 3 of 3 Pages