*Exhibit F*

# AFFIDAVIT OF TERI L. GAUDREAU

I, (name) ____Teri L. Gaudreau_____ (County of): _____

am an __XX__ employee of _____ applicant to _____ former employee of the U.S. Department of Agriculture:

(Agency)_____

(County of Agency) _____

(Office)_____

(Division)_____

(Branch)_____

Located in (city and state) _____Washington, D. C._____

In the capacity of (show both your organization title and the classification of your job, if different): _____

Grade _____ between (date) _____ and (date)_____

My telephone number during working hours is: _____

I HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations and Department of Agriculture policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against the Department of Agriculture. I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all of my firsthand knowledge having a bearing on the merits of the complaint. My statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations and Department of Agriculture policy. This means that any employee(s) whom I accuse of discrimination or other acts of impropriety may be shown relevant portions of my affidavit and be provided an opportunity to respond for the record. In addition, the Complainant and the appropriate Departmental officials involved in the EEO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and may make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

Having been advised of the above information about my role as a witness in the investigative process, I solemnly swear _____ affirm _____ the statement which follows is true and complete to the best of my knowledge and belief, and addresses the issues and concerns raised with me by the investigator.

Whether the agency subjected the Complainant to harassment based on reprisal (prior EEO activity) when on March 11, 2005, his supervisor:

(a) yelled at him; (b) criticized his work product; (c) threatened to take his assignments away; (d) told him he couldn't speak unless spoken to; (e) threatened to take personnel action against him; (f) failed to provide him proper guidance regarding the corrections he wanted; and (g) threatened to not let him leave the office until the work product was correct?

1. What is your full name?

   Teri L. Gaudreau

2. What is your current address and email address?

   My address is 6024 Archstone Court, Apt 406, Alexandria, VA 22310; teri.gaudreau@fsis.usda.gov.

3. What are your current position title, grade, and complete organizational name and location of your place of employment?

   I am a Compliance Specialist, GS-1801-13, Evaluation & Enforcement Division, Office Program Evaluation, Enforcement & Review, Food Safety and Inspection Service, USDA, Washington, DC.

4. What are your dates of employment in that position?

   I began in my present position in April 2004 until present. I have been with FSIS for twelve years.

5. What is the name and position title of your immediate supervisor?

   My immediate supervisor is Luis Zamora, Program Manager. I do not have the same immediate supervisor as Complainant.

6. Are you aware of Complainant's participation in any prior EEO activity? If so, how are you aware?

   I am aware of it, because people talk. I have heard Complainant has filed different EEO complaints, mainly against Scott Safian. I have not heard Mr. Safian comment on those complaints.

7. What are Complainant's duties and assignments?

He works for the administrative enforcement branch reviewing administrative cases. I also believe he does some work on the criminal enforcement side.

8. When, if ever, was Complainant yelled at by management? (Please elaborate, identify what management officials were involved and to who he complained.)

I heard the confrontation between management, Scott Safian, and Complainant on March 11, 2005. I heard the confrontation because my office is right next to Complainant's. I heard Scott say to Complainant "Do you need me to get a witness" in a sarcastic tone. I did not really hear much more because I really was not paying attention. I am certain Complainant complained to Frank Busch, Program Manager.

9. What, if any, corrective action was taken?

I do not know.

10. When, if ever, was Complainant's work product criticized? (Please elaborate, identify what management officials were involved and to whom he complained.)

I do not remember. I do remember Scott trying to get Complainant to do something Complainant felt he did not need to do.

11. What, if any, corrective action was taken?

I do not know.

12. When, if ever, was Complainant threatened with having his work assignments taken away? (Please elaborate, identify what management officials were involved and to whom complained.)

I do not remember.

13. What, if any, corrective action was taken?

I do not know.

14. When, if ever, was Complainant told he could not speak unless spoken to? (Please elaborate, identify what management officials were involved and to whom he complained.)

I do not remember.

15. What, if any, corrective action was taken?

   I do not know.

16. When, if ever, was Complainant threatened with having personnel action taken against him? (Please elaborate, identify what management officials were involved and to whom he complained.)

   I do not remember.

17. What, if any, corrective action was taken?

   I do not know.

18. When, if ever, was Complainant not provided with proper guidance regarding the corrections he wanted? (Please elaborate, identify what management officials were involved and to whom he complained.)

   I remember Scott wanting Complainant to make some changes and Complainant asked him what changes he wanted made. I do not remember Scott ever telling what changes he wanted made. I am certain he talked to Frank Busch about this matter.

19. What, if any, corrective action was taken?

   I do not know.

20. When, if ever, was Complainant threatened with not being able to leave the office until the work product was correct? (Please elaborate, identify what management officials were involved and to whom he complained.)

   I remember this or something to this effect. Scott commented "don't leave here until it's done." I am certain Complainant discussed this with Frank Busch.

21. What, if any, corrective action was taken?

   I do not know.

22. What, if any, harm or loss did Complainant suffered?

   I do not know.

23. Was Complainant subjected to harassment because of his prior EEO activity?

I believe Scott has subjected Complainant to harassment because of Complainant's prior EEO activity. Scott has had it in for Complainant because of the complaints he has filed against Scott.

24. What other similarly situated employees have been treated the same as Complainant? (Please identify by name, position title, grade, series and whether or not they have participated in prior EEO activity.)

I have heard Scott has yelled at other employees because he has a temper, but none that I have ever witnessed except the one with Complainant. I do not know the names of any others.

25. What, if any, witnesses can you identify and elaborate as to the reason for their testimony?

Frank Busch, possibly Carlos Torres and Wayne Bossler have first hand knowledge about how Scott treated Complainant. Vanessa Watts may have over heard the confrontation.

26. Are there any additional comments you would like to make?

I do not personally care for Scott because he does not know how to treat people. He has his pets he treats differently than others. However, I have not been treated like he treats Complainant. I have not seen Scott treat anybody as badly as he treats Complainant. For the most part he treats all of his employees pretty good, except for Complainant.

I have reviewed this statement, which consists of __5__ pages, and hereby solemnly ____ Swear _____ affirm that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_Teri L. Gaudreau_ (signature)    11/1/05 (Date)

Signed before me at (Street and City) 1255 22nd St NW, Washington DC on this 1st day of Nov, 2005

_Arnold V. Hart_ (Signature of Investigator/Witness)