*Exhibit G*

## WITNESS AFFIDAVIT

I am Program Manager of Administrative Enforcement Branch. I have been with USDA/FSIS for 31 years and in my current position for over 2 years. My first line supervisor is Scott Safian, Director, Evaluation and Enforcement Division and my second line supervisor is Richard T. Van Blargan, Deputy Assistant Administrator, Office of Program Evaluation, Enforcement and Review.

I am aware that Mr. Eugene Casole filed a previous complaint. However, I was not aware of the basis/issue until late 2003 or early 2004. I am currently Mr. Casole's supervisor. I have no prior EEO activity (have not filed a complaint).

I was directed by my supervisor (Mr. Safian) to interview, document and obtain signed statements from Mr. James Borda, Deputy District Manager for the Philadelphia District Office, Office of Field Operations; Mr. Charles Geraci, Supervisory Compliance Officer, Program Evaluation, Enforcement and Review (PEER), Compliance Investigations Division, Philadelphia, PA Regional Office; Mr. John Sworen, Regional Manager, Compliance Investigations Division, Philadelphia, PA Regional Office, and Ms. Valerie Neris, Compliance Specialist, Evaluation and Enforcement Division (EED), PEER, Washington, D.C., regarding Mr. Casole's alleged "inappropriate" conduct at a Consent Order meeting with Salem Packing Company, Inc., in which Mr. Borda, Mr. Geraci, and Ms. Neris attended. I obtained the statements and gave them to Mr. Safian. I did not interview Mr. Casole as instructed by my supervisor.

It is my understanding that at the Consent Order meeting Mr. Casole made comments that were believed to be unprofessional and inappropriate by some of the attendees. To the best of my knowledge, Mr. Safian was made aware of the matter by Mr. John Sworen, former Regional Manager for the Compliance Investigations Division PEER, Philadelphia, PA Regional Office. Mr. Sworen did not attend the Consent Order meeting. He was made aware of the comments by one of his employees who attended the meeting.

I understand that Mr. Casole was issued a Letter of Reprimand. However, I never saw the document. Mr. Safian called a meeting with Mr. Casole in which I attended. Mr. Casole was given a sealed "blue" envelope and I believe the Letter of Reprimand was in the envelope. As I recall, Eugene did not open the envelope at the meeting. The only time I recall talking to Eugene about the Letter of Reprimand and why he was not interviewed was at the parking lot, when he asked me why he was not interviewed. I responded, I was told not to interview you.

I do not know what Agency guidelines and policies were used in determining to issue Mr. Casole a Letter of Reprimand. I only conducted this inquiry as directed. Mr. Casole's prior EEO issue had nothing to do with my inquiry into the matter.

Page 2 of 3 Pages                                    Initials: WNB

Page ___3___ of ___3___ Pages

☒ I have reviewed this statement, which consists of __3__ pages, and hereby solemnly sworn ___ / affirm __X__ that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

__Wayne N Bossler__    __Apr 29, 2004__
(Signature of Affiant)    (Date)

Signed before me at (City and State) __Washington DC__
on this __29__ day of __April__, 2004

__David Langley__
(Signature of Investigator/Witness)

Page 3 of 3 Pages

000102

EXHIBIT __9__
Page __3__ of __3__ Pages