UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EUGENE CASOLE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action 05-1459 (CKK) |
| | ) |
| **MIKE JOHANNS, Secretary,** | ) |
| **United States Department** | ) |
| **of Agriculture,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** of the following new mailing address for the undersigned attorney for plaintiff, Steven J. Silverberg, effective immediately. Note that Mr. Silverberg's telephone number, fax number, and e-mail address remain the same:

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Steven J. Silverberg
　　　　　　　　　　　　　　　　District of Columbia Bar #377376
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　900 17th Street, N.W., Suite 1250
　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　Tel:  (202)785-8499
　　　　　　　　　　　　　　　　Fax:  (202)785-8470
　　　　　　　　　　　　　　　　E-Mail:  sjsilverberg@erols.com

September 20, 2007
cc:  Counsel of Record via ECF