# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE CASOLE, )<br>)<br>　　　Plaintiff, )<br>)<br>　　　v. )<br>)<br>MIKE JOHANNS, )<br>)<br>　　　Defendant. ) | Civ. Action No. 1:05-1459 (CKK)<br>ECF |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney John F. Henault, Jr.

Dated: September 24, 2007              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　JOHN F. HENAULT, D.C. Bar # 472590

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　BLANCHE L. BRUCE
　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 960245
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　(202) 307-6078