UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE CASOLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-1459 (CKK) |
| | ) |
| ED SCHAFER, Secretary,[1] | ) |
| U.S. Department of Agriculture, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SUBMISSION OF DOCUMENTS

Pursuant to the Court's September 8, 2008 Order, Defendant submits the remaining documents to its Exhibit 14 which includes Plaintiff's Administrative Complaint and attachments. A courtesy copy of the documents will be delivered to the Court's chambers.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530

---

[1] The substitution of Ed Schafer, the new head of the Department of Agriculture, may be done without a court order. See Fed. R.Civ.P. 25(d)(1).