UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUGENE CASOLE,

    Plaintiff,

v.

MIKE JOHANNS, Secretary of the
Department of Agriculture,

    Defendant.

Civil Action No. 05-1459 (CKK)

**ORDER**
(September 11, 2008)

For the reasons set forth in an accompanying memorandum, it is, this 11th day of September, 2008, hereby

**ORDERED** that Plaintiff's request for discovery under Rule 56(f) is GRANTED; it is further

**ORDERED** that Defendant's [21] Motion for Summary Judgment is DENIED WITHOUT PREJUDICE; it is further

**ORDERED** that Defendant's [20] Motion to Dismiss is GRANTED-IN-PART as to Count VI of Plaintiff's Third Amended Complaint, and DENIED-IN-PART as to Counts I and II of Plaintiff's Third Amended Complaint; it is further

**ORDERED** that an Initial Scheduling Conference is scheduled in this case on October 7, 2008, at 10:45 A.M. in Courtroom 28A; and it is further

**ORDERED** that the parties shall submit their Rule 16.3 Report no later than October 1, 2008.

                                                  /s/
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge